# EXHIBIT 6

**Exhibit 6: Exemplary Claim Chart for U.S. Patent No. 11,114,194**
**CRISP Event Notification Delivery (CEND)**

| | **'194 Patent, claim:** | **CRISP Event Notification Delivery (CEND) – Exemplary Infringement Evidence** |
|---|---|---|
| 1 [preamble] | A method comprising: | To the extent the preamble is limiting, CEND is configured to perform a method comprising the steps outlined below, and has been used and/or will be used to perform the steps outlined below. |
| 1[a] | electronically receiving, with a notification system including a computer processor and memory networked with a plurality of distinct healthcare information sources, healthcare information in several different formats dependent on hardware and/or software used by a computer of the sources from the plurality of distinct healthcare information sources and including treatment details for patients at a first healthcare provider and a second healthcare provider; | CEND is configured to (and performs a method to) electronically receive, with a notification system including a computer processor and memory networked with a plurality of distinct healthcare information sources, healthcare information in several different formats dependent on hardware and/or software used by a computer of the sources from the plurality of distinct healthcare information sources and including treatment details for patients at a first healthcare provider and a second healthcare provider.<br><br>CEND, a notification system that necessarily includes a processor and memory, is configured to be networked with multiple sources of healthcare information, including various healthcare providers like hospitals, labs, etc. CEND receives healthcare information from these various providers, including treatment details. *See, e.g.*, |



| | | <br>Ex. 8, CRISP Population Explorer Filtering Webinar, at 3 (also available at https://www.crisphealth.org/wp-content/uploads/2024/05/CRISP-MD-Webinar-Oct-24-Slides.pdf). |
|---|---|---|



| | | |
|---|---|---|
| | | <br>*See* Ex. 9, Data Quality at Scale Rapidly Evolving and Expanding our Master Patient Index with Large Datasets PowerPoint, at 4 (showing receipt of information from sources such as the Health Department Systems, Hospitals, Clinics, etc.). |



Ex. 9 at 11 (showing CEND receiving information from multiple providers, including ADT messages regarding hospitalizations and information from other providers).

*See also*:



Ex. 10, CEND Overview PowerPoint, at 11 (also available at [https://www.crisphealth.org/wp-content/uploads/2024/05/CEND-Overview.pdf](https://www.crisphealth.org/wp-content/uploads/2024/05/CEND-Overview.pdf)).



Diagnosis Details

| Diagnosis Code | Diagnosis Description |
|---|---|
| I10 | Essential primary hypertension |
| E03.9 | Hypothyroidism, unspecified |

Ex. 10 at 18-19.

On information and belief, CEND receives healthcare information from the various healthcare information sources described above in several different formats dependent on hardware and/or software used by each healthcare information source. *See, e.g.*:

<table>
<tr>
<td></td>
<td></td>
<td>

### 3.3 Preventive Services Detail Section

The Preventive Services Section provides information about the notification and where a user can find the corresponding source document in the Clinical Information Section of the CRISP Portal/InContext. For notifications with Data Source of CCD, users should look in the Structured Documents Tab (using the Document Evidence Date). For notifications with Data Source of Diagnostic Reports, users should look in the Health Records Tab (using the Event Date).

| Preventive Services Field | Description |
|---|---|
| Category | Type of preventive service |
| Code | Procedure/diagnosis code if available |
| Description | Description associated with code |
| Results | Indicates whether results are available – currently blank for all records |
| Test Name | Additional test name available or title associated with diagnostic report |
| Data Source | Type of data source – CCD, ADT, Diagnostic Reports. Hover over this field for more information about where to find the corresponding document |
| Document Evidence Date | Date of the corresponding CCD (if applicable) |
| Event Date | Date of the preventive service |
| Facility Name | Facility reporting the preventive service |

Ex. 11, Population Explorer User Guide, at 20.
</td>
</tr>
<tr>
<td>1[b]</td>
<td>parsing, with the computer processor, the healthcare information for HL7 Admit-Discharge-Transfer (ADT) messages and storing patient-identifying information</td>
<td>CEND is configured to (and performs a method to) parse with the computer processor, the healthcare information for HL7 Admit-Discharge-Transfer (ADT) messages and store patient-identifying information in a standardized format from the HL7 ADT messages in the memory.<br><br>CEND receives ADT messages, which, on information and belief, are HL7 formatted, from the various healthcare information sources it is networked with, as shown below:</td>
</tr>
</table>

| | | |
|---|---|---|
| | in a standardized format from the HL7 ADT messages in the memory; | <br><br>Ex. 9 at 11.<br><br>CEND parses the received ADT messages and stores them in its database called the Master Patient Index. *See, e.g.*: |



| | | |
|---|---|---|
| | | <br><br>*See* Ex. 9 at 4 (showing receipt of information from sources such as the Health Department Systems, Hospitals, Clinics, etc. which is then converted and normalized before being stored in the Master Person Index).<br><br>CEND stores patient identifying information in a standardized format in the Master Person Index as shown below. *See, e.g.*: |



Population Explorer
View Panel
DC Demo Panel 1 (DC_CEND_DEMO1)
Export
Quick Filter
Type to select
APPLY
DETAIL
TABLE
Export
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 09:14
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 05:37
1 of 23
Follow-Up Status
Follow-Up Status: Complete
Last Modified: 2024-05-03T11:29:53.926304 By: joi.perry@crisphealth.org
Patient Demographics
First Name: MARGARET
Last Name: MALONE_DEMO
Gender: Female
Address: 25 RIBBON ST, CHEVY CHASE, MD, 20815
Date of Birth: 1942-06-01
Home Phone:
Saved Filters
Type to select
Load
Clear Filters
Save Current Filter
Selected Encounter Details
Admit Date / Time: 2024-02-29 14:55
Event Date / Time: 2024-02-29 14:56
Admit Source: RP
Care Manager:
Care Manager Email:
Care Program:
Discharge Date:
Discharge Disposition:
Discharge To Location:
Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy
Encounter Type: Outpatient
Patient Class: O
Patient Complaint: XR
Point of Care: Medstar Surgery Center At Lafayette
Primary Diagnosis Code:
Primary Diagnosis Description:
In Population Explorer, all related patient events will be consolidated into a single encounter line item.
18

Ex. 10 at 11;



Diagnosis Details

| Diagnosis Code | Diagnosis Description |
|---|---|
| I10 | Essential primary hypertension |
| E03.9 | Hypothyroidism, unspecified |

Ex. 10 at 18-19.

*See also* Ex. 8 at 9.

| | | |
|---|---|---|
| 1[c] | determining, with the computer processor, | CEND is configured to (and performs a method to) determine with the computer processor, from the stored patient-identifying information, a readmission time for a patient by comparing a first HL7 |

from the stored patient-identifying information, a readmission time for a patient by comparing a first HL7 ADT message indicating admission of the patient at the first healthcare provider against a second HL7 ADT message for the patient, wherein the readmission time is a difference in time between the first HL7 ADT message and the second HL7 ADT message;

ADT message indicating admission of the patient at the first healthcare provider against a second HL7 ADT message for the patient, wherein the readmission time is a difference in time between the first HL7 ADT message and the second HL7 ADT message.

As described in Claim 1[a], CEND necessarily requires a processor. CEND receives, parses, and stores information about patients that includes admit dates and times, demographic information, care providers, etc. CEND's Population Explorer is a module that allows for interaction with CEND's Master Patient Index, a database that stores the aforementioned demographic information and other information relevant to patients' care. The Population Explorer allows for filtering based on several categories of information, including the patient's admit dates and times. *See, e.g.*,

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

Ex. 8 at 32-34.

*See also*:

Selected Encounter Details
Admit Date / Time: 2024-02-29 14:55
Event Date / Time: 2024-02-29 14:56
Admit Source: RP
Care Manager:
Care Manager Email:
Care Program:
Discharge Date:
Discharge Disposition:
Discharge To Location:
Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy
Encounter Type: Outpatient
Patient Class: O
Patient Complaint: XR
Point of Care: Medstar Surgery Center At Lafayette
Primary Diagnosis Code:
Primary Diagnosis Description:
In Population Explorer, all related patient events will be consolidated into a single encounter line item.

Ex. 10 at 18 (showing how patient information is stored and displayed in the Population Explorer which includes a field for "Admit Date/Time").

On information and belief, CEND, using a processor, determines a readmission time by comparing the Admit Date/Time from the message indicating admission of the patient at the first healthcare provider against a second Admit Date/Time from a second message for the patient. CEND documentation shows that the Population Explorer can filter data by a category called "Readmission Inpatient," suggesting CEND keeps track of readmissions. *See, e.g.*:

14

<table>
<tr>
<td></td>
<td></td>
<td>

## 3.2 Logic-Based Alerts in Population Explorer

These filters are broken up between encounters and notifications. Users can filter by Logic notification and type, the two critical factors. These filters will display for current subscribers only and can be added as a feature later, as seen below.

*See also* Ex. 11 at 19.

</td>
</tr>
<tr>
<td>1[d]</td>
<td>generating in real-time with receipt of the first HL7 ADT message, with the computer processor, a readmission notification for the patient and transmitting the notification to the first healthcare provider so that the first healthcare provider has immediate access to up-to-date patient information, wherein the</td>
<td>

CEND is configured to (and performs a method to) generate in real-time with receipt of the first HL7 ADT message, with the computer processor, a readmission notification for the patient and transmit the notification to the first healthcare provider so that the first healthcare provider has immediate access to up-to-date patient information.

On information and belief, a readmission notification based on the admission date and time (as discussed above in Claim 1[c]) is triggered and generated when the first HL7 ADT message is received. CEND generates and provides real-time notifications of patients' encounters, including notifications about admitting, transferring and discharging patients in HL7 format. CEND's Population Explorer Module is described as having notifications that result from "encounters" which are analogous to visits or admissions and also has a filter for notifications based on a "Readmission Inpatient." *See, e.g.*,:

</td>
</tr>
</table>

| | | |
|---|---|---|
| | generating is executed if, |  Background - CEND<br>• CEND is a complete re-thinking of decade old push alerting technology.<br>• Using our data lake infrastructure we create curated data sets based on our participant's customizations and deliver them through methods they can support.<br>• Far beyond ADT – we can provide real-time push extracts based on A1C levels, diabetes risk factors, hospitalizations, and social needs data<br> 4<br>Ex. 8 at 4. |

## 3.2 Logic-Based Alerts in Population Explorer

These filters are broken up between encounters and notifications. Users can filter by Logic notification and type, the two critical factors. These filters will display for current subscribers only and can be added as a feature later, as seen below.

*See also* Ex. 11 at 19.

| | | |
|---|---|---|
| | | **3 Notification Display Types**<br><br>As described earlier, notifications come in three varieties: encounters, logic-based notifications, and preventive services. Encounter and preventive services data are available for all users; logic-based notifications will only be available for display for current subscribers. These can be added as a feature later for organizations that do not currently have them.<br><br><br><br><br>Users can filter the display type by selecting from among the different types using the drop-down in the upper left-hand corner of the screen. The notifications can then be further filtered by the logic used to generate the alert by selecting the appropriate filter criteria within the Quick Filter box, selecting Notification Type or Preventive Services Category as appropriate for the search desired, as shown below.<br><br>Ex. 11 at 15. |

## Real-Time Notifications



The Encounter Notifications delivered through the Population Explorer tool can improve care coordination in four main ways.

1. Timely interventions and follow-ups
2. Efficient communication between Primary Care Providers, specialists, hospitals, and other healthcare entities
3. Discharge instruction management
4. Medication management



## Follow Up Status

Each notification within Population Explorer has a Follow Up Status icon with three options to choose from a dropdown menu: Not Started, In Progress, and Complete. This status icon can be used to ensure everyone on a patient's care team is on the same page, regardless of the healthcare organization to which they belong. It also enables more efficient tracking of Encounter Notifications within an organization.

Ex. 1012, Population Explorer Fact Sheet (also available at https://www.crisphealth.org/wp-content/uploads/2024/11/Population-Explorer-Fact-Sheet-11.7.24.pdf).

| | | |
|---|---|---|
| | | **2.1 Panel Selection & Notification Timing**<br>To select what notifications to currently display, users can access the drop-down menu at the top of the pane with the label 'View Panel.' All currently assigned panels, along with any advanced filters a user has created (see section 2.8.2 below) or any global filters that have been created for all users will be available here. Advanced filters are indicated by a list icon to the left of the display name, while global filters are indicated by a small globe.<br><br>The Population Explorer panel populates with encounter, preventive services, and logic-based notifications for that panel and its associated patients. Encounters are shaded white, logic-based notifications are shared yellow, and preventive services are shaded green for easy visual identification. Note that encounter data includes near-real time EMS data as well as traditional consolidated ADT messages; due to a differing data source, different data elements may be available for such notifications. See section 3.2 for more information on logic-based and preventive services notifications.<br><br><br><br><br>*See also* Ex. 11 at 3. |
| 1[d][i] | the readmission time is within a readmission time threshold stored in the memory, and | CEND is configured to (and performs a method to) generate in real-time with receipt of the first HL7 ADT message, with the computer processor, a readmission notification wherein the readmission time is within a readmission time threshold stored in the memory.<br><br>On information and belief, the CEND system has a threshold readmission time. As shown above, for |

Claims 1[c] and 1[d], CEND stores information that includes a patient's Admission Date and Time and upon receipt of a new ADT message, a readmission time can be determined. On information and belief, CEND includes a readmission time threshold to determine whether to characterize an additional visit or encounter as a readmission. *See, e.g.*:

## Real-Time Notifications

The Encounter Notifications delivered through the Population Explorer tool can improve care coordination in four main ways.

1. Timely interventions and follow-ups
2. Efficient communication between Primary Care Providers, specialists, hospitals, and other healthcare entities
3. Discharge instruction management
4. Medication management

Follow-Up Status

Not Started

In Progress

Complete

Follow-Up Status: Complete

Last Modified: 2024-05-03T11:29:53.926304 By: test@crisphealth.org

## Follow Up Status

Each notification within Population Explorer has a Follow Up Status icon with three options to choose from a dropdown menu: Not Started, In Progress, and Complete. This status icon can be used to ensure everyone on a patient's care team is on the same page, regardless of the healthcare organization to which they belong. It also enables more efficient tracking of Encounter Notifications within an organization.

Ex. 12.

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

Ex. 8 at 32-34.

| | | |
|---|---|---|
| | | Selected Encounter Details<br>Admit Date / Time: 2024-02-29 14:55<br>Event Date / Time: 2024-02-29 14:56<br>Admit Source: RP<br>Care Manager:<br>Care Manager Email:<br>Care Program:<br>Discharge Date:<br>Discharge Disposition:<br>Discharge To Location:<br>Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy<br>Encounter Type: Outpatient<br>Patient Class: O<br>Patient Complaint: XR<br>Point of Care: Medstar Surgery Center At Lafayette<br>Primary Diagnosis Code:<br>Primary Diagnosis Description:<br><br>In Population Explorer, all related patient events will be consolidated into a single encounter line item.<br><br>*See also* Ex. 10 at 18. |
| 1[d][ii] | the patient-identifying information indicates the first HL7 ADT message and the second HL7 ADT message identify a same patient. | CEND is configured to (and performs a method to) generate in real-time with receipt of the first HL7 ADT message, with the computer processor, a readmission notification wherein the patient-identifying information indicates the first HL7 ADT message and the second HL7 ADT message identify a same patient.<br><br>On information and belief, the CEND system generates a readmission notification when a threshold readmission time has been met and the patient-identifying information indicates that two HL7 ADT messages identify the same patient. As described above in Claims 1[c], 1[d], and 1[d][i], CEND stores patient information that includes a patient's Admit Date/Time from which the CEND system can determine the difference in those times and whether the admission qualifies as a readmission. To make this determination, the initial ADT message and the second ADT message would have to refer to the same person. As shown below, CEND stores patient identifying information such that it can compare patient identifying information between two ADT messages. *See, e.g.*,. |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

| | | |
|---|---|---|
| | | (embedded table below) Ex. 8 at 36-37. |

| Filter Name | Data Source | Definition | Logic |
|---|---|---|---|
| Primary Diagnosis Code | ADT | identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1) | Free Text |
| Provider | ADT | refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics. | Free text |
| Risk Methodology 1 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Methodology 2 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Score 1 | Panel Only | User defined Risk score submitted on the panel | Free Text |
| Risk Score 2 | Panel Only | User defined Risk score submitted on the panel | Free Text |

Ex. 8 at 36-37.



| | | <br>*See also* Ex. 10 at 20. |
|---|---|---|

| | | |
|---|---|---|
| | | Selected Encounter Details<br>Admit Date / Time: 2024-02-29 14:55<br>Event Date / Time: 2024-02-29 14:56<br>Admit Source: RP<br>Care Manager:<br>Care Manager Email:<br>Care Program:<br>Discharge Date:<br>Discharge Disposition:<br>Discharge To Location:<br>Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy<br>Encounter Type: Outpatient<br>Patient Class: O<br>Patient Complaint: XR<br>Point of Care: Medstar Surgery Center At Lafayette<br>Primary Diagnosis Code:<br>Primary Diagnosis Description:<br>In Population Explorer, all related patient events will be consolidated into a single encounter line item.<br><br>*See also* Ex. 10 at 18. |
| 10 [preamble] | A method comprising: | To the extent the preamble is limiting, CEND is configured to perform a method comprising the steps outlined below, and has been used and/or will be used to perform the steps outlined below. |
| 10[a] | storing information in a standardized format about a patient's condition from a first HL7 Admit-Discharge-Transfer (ADT) message in a network-based non-transitory storage device storing a collection of medical records; | CEND is configured to (and performs a method to) store information in a standardized format about a patient's condition from a first HL7 Admit-Discharge-Transfer (ADT) message in a network-based non-transitory storage device storing a collection of medical records.<br><br>CEND stores information about patients in a Master Person Index which is a database of healthcare and identifying information. The Population Explorer Module provides a way to access and display information from the database. The Population Explorer allows filtering of the database based on specific data fields that are standardized. *See, e.g.*,: |



| | | <br><br>*See* Ex. 9 at 4. |
|---|---|---|

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Follow up status | Population Explorer Input | The status set by your organization for an individual patient event | Selection Field: Not Started, In Progress, Complete |
| Group | Panel Only | | Free Text |
| Insurance From ADT | ADT | refers to the patient's coverage details, including the insurer and plan information used for billing and medical services during their care. | Free Text |
| Insurance Type | ADT | refers to the category of healthcare coverage or insurance plan the patient has, such as private, Medicare, Medicaid, or self-pay. | Free Text |
| Location | Panel Only | User defined panel field | Free Text |
| MRN | ADT | MRN (Medical Record Number) in an ADT message is a unique identifier assigned to a patient within a healthcare facility's records, used to track their medical history and treatments | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

<table>
<tr><td></td><td></td><td>

| Filter Name | Data Source | Definition | Logic |
|---|---|---|---|
| Primary Diagnosis Code | ADT | identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1) | Free Text |
| Provider | ADT | refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics. | Free text |
| Risk Methodology 1 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Methodology 2 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Score 1 | Panel Only | User defined Risk score submitted on the panel | Free Text |
| Risk Score 2 | Panel Only | User defined Risk score submitted on the panel | Free Text |

Ex. 8 at 32-37.</td></tr>
<tr><td>10[b]</td><td>providing remote access to a plurality of independently-operated healthcare providers over a network so any one of the providers can provide a plurality of pieces of healthcare information generated by the plurality of healthcare providers through a computer of a provider updating the information about the patient's condition, wherein the pieces of healthcare information</td><td>CEND is configured to (and performs a method to) provide remote access to a plurality of independently-operated healthcare providers over a network so any one of the providers can provide a plurality of pieces of healthcare information generated by the plurality of healthcare providers through a computer of a provider updating the information about the patient's condition, wherein the pieces of healthcare information include at least two thousand pieces of healthcare information generated in a day and are not in the standardized format and dependent on hardware and/or software used by the computer of the provider.<br><br>CEND is a system that is networked with various providers/sources of healthcare information. The information is necessarily provided by each source/healthcare provider through a computer as it is all stored in CEND's digital Master Person Index database. On information and belief, the format of the information will be dependent on the provider's software and hardware on the computer. On information and belief, and given the number of patients healthcare providers service daily, the information will include at least two thousand pieces of healthcare information generated daily. The Population Explorer module shows that the information will include information about the patient's condition. See, e.g.:</td></tr>
</table>

| | | |
|---|---|---|
| | include at least two thousand pieces of healthcare information generated in a day and are not in the standardized format and dependent on hardware and/or software used by the computer of the provider; |   *See* Ex. 9 at 4. |



Using Data Lake to pre-build matched daily datasets
Sources (input)
Targets (output)
SQL (CRISP)
Ingestion
Sftp/MFT User (Source Data from Immunization or other system)
Upload
Sftp/MFT (Incoming)
Ingestion
External API
Ingestion
CRISP Insights (Processed layer – no EIDs – all SMRN)
Load via Parallelized API (e.g. New States)
CRISP MPI
Call real-time API
Match Transform
CRISP Insights (Curated layer - EID on all data)
240m Source | MRN
43m EIDs
Daily 3 hour extract
CRISP Insights (MPI Copy)
Append/Update/Delete
Immunization (potential duplicates to merge)
Immunization phones via HL7
Daily hydrated Immunization delivery
MPI Improvements – patients to be separated or merged using evidence from Immunet Data
MPI allows detection of patients to be merged in source systems
On this side, all data is stored by Source + MRN
On this side, all data is also tagged with EID as of midnight prior day
10

*See* Ex. 9 at 10.



| | | <br><br><br>Ex. 8 at 3. |
|---|---|---|

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Follow up status | Population Explorer Input | The status set by your organization for an individual patient event | Selection Field: Not Started, In Progress, Complete |
| Group | Panel Only | | Free Text |
| Insurance From ADT | ADT | refers to the patient's coverage details, including the insurer and plan information used for billing and medical services during their care. | Free Text |
| Insurance Type | ADT | refers to the category of healthcare coverage or insurance plan the patient has, such as private, Medicare, Medicaid, or self-pay. | Free Text |
| Location | Panel Only | User defined panel field | Free Text |
| MRN | ADT | MRN (Medical Record Number) in an ADT message is a unique identifier assigned to a patient within a healthcare facility's records, used to track their medical history and treatments | Free Text |

| | | |
|---|---|---|
| | | (table below) |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

| Filter Name | Data Source | Definition | Logic |
|---|---|---|---|
| Primary Diagnosis Code | ADT | identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1) | Free Text |
| Provider | ADT | refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics. | Free text |
| Risk Methodology 1 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Methodology 2 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Score 1 | Panel Only | User defined Risk score submitted on the panel | Free Text |
| Risk Score 2 | Panel Only | User defined Risk score submitted on the panel | Free Text |

Ex. 8 at 32-37.

| | | |
|---|---|---|
| 10[c] | parsing, with a computer processor in the notification system, the plurality of pieces of healthcare information for HL7 ADT messages for the patient; | CEND is configured to (and performs a method to) parse with the computer processor, the plurality of pieces of healthcare information for HL7 ADT messages for the patient.<br><br>*See above* Claim 1[b]. |
| 10[d] | storing a second HL7 ADT message for the patient from the HL7 ADT messages for the patient in the standardized format in the notification system; | CEND is configured to (and performs a method to) store a second HL7 ADT message for the patient from the HL7 ADT messages for the patient in the standardized format in the notification system.<br><br>The CEND system stores received information, including HL7 ADT messages, in a standardized format. *See above* Claim 1[b]; *see also*: |



| | | <br><br>*See* Ex. 9 at 10.<br><br>Further, CEND parses healthcare information for HL7 Admit-Discharge-Transfer messages and stores patient identifying information in a standardized format from the HL7 ADT messages in the memory. For example, CEND stores patient information in its Master Person Index or "MPI": |
|---|---|---|



Aligning Data in the Lake by EID
Provider Panels
Payer Panels
Medicaid Claims
HSCRC Claims-Like
Labs
Radiology
PDMP
VSA Death Data
EID (CRISP Identifier – changes dynamically with new data)
ADT (Hospitalizations)
Visits (from ADT)
MD Immunet Vaccinations (Covid / ALL)
MD Covid Confirmed Cases
MD Covid Testing Data (NEDSS)
MD Covid Death Data
Data Types
• Clinical/Participant
• Claims
• Public Health
Population Explorer
View Panel
DC Demo Panel 1 (DC_CEND_DEMO1)
Export
Quick Filter
Type to select
APPLY
DETAIL TABLE
Export
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 09:14
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 05:37
1 of 23
Follow-Up Status
Follow-Up Status: Complete
Last Modified: 2024-05-03T11:29:53.926304 By: joi.perry@crisphealth.org
Patient Demographics
First Name: MARGARET
Last Name: MALONE_DEMO
Gender: Female
Address: 25 RIBBON ST, CHEVY CHASE, MD, 20815
Date of Birth: 1942-06-01
Home Phone:
Saved Filters
Type to select
Load
Clear Filters
Save Current Filter

Ex. 9 at 11.

| | | *See also* Ex. 10 at 11; |
|---|---|---|

Selected Encounter Details
Admit Date / Time: 2024-02-29 14:55
Event Date / Time: 2024-02-29 14:56
Admit Source: RP
Care Manager:
Care Manager Email:
Care Program:
Discharge Date:
Discharge Disposition:
Discharge To Location:
Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy
Encounter Type: Outpatient
Patient Class: O
Patient Complaint: XR
Point of Care: Medstar Surgery Center At Lafayette
Primary Diagnosis Code:
Primary Diagnosis Description:
In Population Explorer, all related patient events will be consolidated into a single encounter line item.
18
Diagnosis Details
Diagnosis Code
Diagnosis Description
I10
Essential primary hypertension
E03.9
Hypothyroidism, unspecified

Ex. 10 at 18-19.

43

 | | | |
|---|---|---|
| | |  **What is Population Explorer?** Population Explorer is integrated directly into the CRISP Portal, enabling users to view, filter, and export CEND generated notifications. It also allows seamless access to patient data in the Clinical Information tool.   9<br><br>*See also* Ex. 8 at 9. |
| 10[e] | comparing, with the computer processor in the notification system, the first HL7 ADT message of the pieces of healthcare information against the second HL7 ADT message of the pieces of information to determine a discharge and a later admission of the patient and a readmission time for the patient that is a difference in time | CEND is configured to (and performs a method to) compare with the computer processor in the notification system, the first HL7 ADT message of the pieces of healthcare information against the second HL7 ADT message of the pieces of information to determine a discharge and a later admission of the patient and a readmission time for the patient that is a difference in time between the first HL7 ADT message and the second HL7 ADT message.<br><br>CEND has a Population Explorer module that facilitates real time encounter, logic-based, and preventative services notifications from CRISP Share Services, as well as functionality to filter, view details, track notification status, and export notifications of interest. It allows filtering of data including HL7 ADT messages and patient admission times. As described above with reference to claim 1, the CEND system stores admission and discharge times. On information and belief, CEND compares the information from the two received HL7 ADT messages and determines whether a patient's new admission is considered a "readmission."<br><br>*See above* for Claims 1[c], 1[d], 1[d][i], and 1[d][ii] . |

| | | |
|---|---|---|
| | between the first HL7 ADT message and the second HL7 ADT message; and | |
| 10[f] | automatically generating and transmitting, with the computer processor in the notification system, to a computer of the healthcare provider that generated the second HL7 ADT message a readmission notification in real-time with the second HL7 ADT message being received, wherein the readmission notification identifies the readmission based on the comparing so the healthcare provider has immediate access to up-to-date patient information, wherein the generating and transmitting is executed if, | CEND is configured to (and performs a method to) automatically generate and transmit with the computer processor in the notification system, to a computer of the healthcare provider that generated the second HL7 ADT message a readmission notification in real-time with the second HL7 ADT message being received, wherein the readmission notification identifies the readmission based on the comparing so the healthcare provider has immediate access to up-to-date patient information.<br><br>CEND automatically generates and transmits to a healthcare provider that generated the second HL7 ADT message real-time notifications of patients' encounters, including notifications about an admission that qualifies as a readmission based on comparing from Claim 10[e].<br><br>*See above* for Claims 1[c] and 1[d]. |
| 10[f][i] | the readmission time for the patient is within a readmission time threshold stored in a memory. | CEND is configured to (and performs a method to) automatically generate and transmit to a computer of the healthcare provider that generated the second HL7 ADT message a readmission notification in real-time with the second HL7 ADT message being received wherein the readmission time is within a readmission time threshold stored in the memory.<br><br>On information and belief, the CEND system has a threshold readmission time. |

| | | |
|---|---|---|
| | | *See above* for Claim 1[d][i]. |
| 13 | The method of claim 10, wherein the plurality of healthcare providers are distinctly located, owned, and controlled from each other and the computer processor, and wherein the plurality of healthcare providers are connected to a same health information exchange. | CEND is configured to perform, and performs, the method of claim 10, wherein the plurality of healthcare providers are distinctly located, owned, and controlled from each other and the computer processor, and wherein the plurality of healthcare providers are connected to a same health information exchange.<br><br>The CEND system is networked with various healthcare providers/sources of healthcare information. On information and belief, each of these various providers/sources of healthcare information are distinctly located, owned and controlled from each other and connected to the same health information exchange. *See, e.g.*:<br><br>*See* Ex. 9 at 4 (showing input of healthcare information from a variety of sources). |



| | | <br>*See* Ex. 9 at 10. |
|---|---|---|



| | | |
|---|---|---|
| | | <br><br>Ex. 8 at 3. |
| 16 [preamble] | A notification system networked among several independent data feeds, the system comprising: | CEND is a notification system networked among several independent data feeds.<br><br>CEND receives and sends data from/to various sources of healthcare information and various healthcare providers, in various formats. *See, e.g.*: |



| | | <br><br>*See* Ex. 9 at 4. |
|---|---|---|



| | | <br>*See* Ex. 9 at 10. |
|---|---|---|



| | | |
|---|---|---|
| | | <br><br><br>Ex. 8 at 3. |
| 16[a] | a first interface configured to read healthcare information in a first protocol from a first healthcare provider; | CEND has a first interface configured to read healthcare information in a first protocol from a first healthcare provider.<br><br>The CEND system receives and reads information from various healthcare information sources. For example: |



| | | <br>*See* Ex. 9 at 4. |
|---|---|---|



Using Data Lake to pre-build matched daily datasets
Sources (input)
Targets (output)
SQL (CRISP)
Ingestion
Sftp/MFT User (Source Data from Immunization or other system)
Upload
Sftp/MFT (Incoming)
Ingestion
External API
Ingestion
CRISP Insights (Processed layer – no EIDs – all SMRN)
Load via Parallelized API (e.g. New States)
CRISP MPI
Call real-time API
Match Transform
CRISP Insights (Curated layer - EID on all data)
240m Source | MRN
43m EIDs
Daily 3 hour extract
CRISP Insights (MPI Copy)
Append/Update/Delete
Immunization (potential duplicates to merge)
Immunization phones via HL7
Daily hydrated Immunization delivery
MPI Improvements – patients to be separated or merged using evidence from Immunet Data
MPI allows detection of patients to be merged in source systems
On this side, all data is stored by Source + MRN
On this side, all data is also tagged with EID as of midnight prior day
10

*See* Ex. 9 at 10.



| | | <br><br><br>Ex. 8 at 3.<br><br>CEND has a Population Explorer module that reads and stores data. It allows filtering of data including HL7 ADT messages and patient admission times. For example: |
|---|---|---|

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Follow up status | Population Explorer Input | The status set by your organization for an individual patient event | Selection Field: Not Started, In Progress, Complete |
| Group | Panel Only | | Free Text |
| Insurance From ADT | ADT | refers to the patient's coverage details, including the insurer and plan information used for billing and medical services during their care. | Free Text |
| Insurance Type | ADT | refers to the category of healthcare coverage or insurance plan the patient has, such as private, Medicare, Medicaid, or self-pay. | Free Text |
| Location | Panel Only | User defined panel field | Free Text |
| MRN | ADT | MRN (Medical Record Number) in an ADT message is a unique identifier assigned to a patient within a healthcare facility's records, used to track their medical history and treatments | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

| | | |
|---|---|---|
| | | (see nested table below) Ex. 8 at 32-37. |

| Filter Name | Data Source | Definition | Logic |
|---|---|---|---|
| Primary Diagnosis Code | ADT | identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1) | Free Text |
| Provider | ADT | refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics. | Free text |
| Risk Methodology 1 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Methodology 2 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Score 1 | Panel Only | User defined Risk score submitted on the panel | Free Text |
| Risk Score 2 | Panel Only | User defined Risk score submitted on the panel | Free Text |

Ex. 8 at 32-37.

<table>
<tr><td></td><td></td><td>Selected Encounter Details<br>Admit Date / Time: 2024-02-29 14:55<br>Event Date / Time: 2024-02-29 14:56<br>Admit Source: RP<br>Care Manager:<br>Care Manager Email:<br>Care Program:<br>Discharge Date:<br>Discharge Disposition:<br>Discharge To Location:<br>Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy<br>Encounter Type: Outpatient<br>Patient Class: O<br>Patient Complaint: XR<br>Point of Care: Medstar Surgery Center At Lafayette<br>Primary Diagnosis Code:<br>Primary Diagnosis Description:<br><br>In Population Explorer, all related patient events will be consolidated into a single encounter line item.<br><br>See also Ex. 10 at 18.</td></tr>
<tr><td>16[b]</td><td>a second interface configured to read healthcare information in a second protocol from a second healthcare provider, wherein the first and the second protocols are different health record standards;</td><td>CEND has a second interface configured to read healthcare information in a second protocol from a second healthcare provider, wherein the first and the second protocols are different health record standards.<br><br>On information and belief, CEND receives data from different healthcare information sources that use different health record standards. In addition to the received and read data described in Claim 16[a], CEND and its Population Explorer module can receive data from other data sources separate from ADT messages, including “CCD” and “Diagnostic Reports.” See, e.g.:</td></tr>
</table>

<table>
<tr><td></td><td></td><td>
<h2>3.3 Preventive Services Detail Section</h2>
The Preventive Services Section provides information about the notification and where a user can find the corresponding source document in the Clinical Information Section of the CRISP Portal/InContext. For notifications with Data Source of CCD, users should look in the Structured Documents Tab (using the Document Evidence Date). For notifications with Data Source of Diagnostic Reports, users should look in the Health Records Tab (using the Event Date).
<table>
<tr><th>Preventive Services Field</th><th>Description</th></tr>
<tr><td>Category</td><td>Type of preventive service</td></tr>
<tr><td>Code</td><td>Procedure/diagnosis code if available</td></tr>
<tr><td>Description</td><td>Description associated with code</td></tr>
<tr><td>Results</td><td>Indicates whether results are available – currently blank for all records</td></tr>
<tr><td>Test Name</td><td>Additional test name available or title associated with diagnostic report</td></tr>
<tr><td>Data Source</td><td>Type of data source – CCD, ADT, Diagnostic Reports. Hover over this field for more information about where to find the corresponding document</td></tr>
<tr><td>Document Evidence Date</td><td>Date of the corresponding CCD (if applicable)</td></tr>
<tr><td>Event Date</td><td>Date of the preventive service</td></tr>
<tr><td>Facility Name</td><td>Facility reporting the preventive service</td></tr>
</table>
Ex. 11 at 20.
</td></tr>
<tr><td>16[c]</td><td>a third interface configured to instruct a computer at the second healthcare provider to display a readmission notification; and</td><td>
CEND has a third interface configured to instruct a computer at the second healthcare provider to display a readmission notification.
CEND has a processing component that instructs the system to generate readmission notifications.
See above Claims 1[c] and 1[d].
</td></tr>
</table>

| | | |
|---|---|---|
| 16[d] | a computer processor networked with the first and the second healthcare providers via the first, the second, and the third interfaces, wherein the computer processor is configured to, | CEND has a computer processor networked with the first and the second healthcare providers via the first, the second, and the third interfaces.<br><br>The CEND system must necessarily have a processor to perform the reading and parsing of various information it receives. This processor is networked with multiple healthcare providers/sources of healthcare information as described above in Claims 1[a] and 1[b]. The processer is also networked with the first, second, and third interfaces. *See, e.g.*,<br><br>Using Data Lake to pre-build matched daily datasets<br>Sources (input)<br>Targets (output)<br>SQL (CRISP)<br>Sftp/MFT User (Source Data from Immunization or other system)<br>External API<br>Upload<br>Sftp/MFT (Incoming)<br>Ingestion<br>CRISP Insights (Processed layer – no EIDs – all SMRN)<br>Load via Parallelized API (e.g. New States)<br>CRISP MPI<br>Call real-time API<br>Match Transform<br>CRISP Insights (Curated layer - EID on all data)<br>240m Source \| MRN<br>43m EIDs<br>Daily 3 hour extract<br>CRISP Insights (MPI Copy)<br>Append/Update/Delete<br>Immunization (potential duplicates to merge)<br>Immunization phones via HL7<br>Daily hydrated Immunization delivery<br>MPI Improvements – patients to be separated or merged using evidence from Immunet Data<br>MPI allows detection of patients to be merged in source systems<br>On this side, all data is stored by Source + MRN<br>On this side, all data is also tagged with EID as of midnight prior day<br>10<br><br>*See* Ex. 9 at 10 (showing receiving and processing information from various sources). |



| | | |
|---|---|---|
| | | Ex. 1009 at 11 (showing the CRISP Identifier receiving information from multiple providers, including ADT messages regarding hospitalizations and information from other providers). |
| 16[d][i] | electronically read a plurality of pieces of healthcare information generated by the first and the second healthcare providers, wherein the pieces of healthcare information include treatment details for patients at the healthcare providers and are in the first and the second protocols, | CEND electronically reads a plurality of pieces of healthcare information generated by the first and the second healthcare providers, wherein the pieces of healthcare information include treatment details for patients at the healthcare providers and are in the first and the second protocols.<br><br>CEND reads healthcare information from a variety of sources that include treatment details. *See, e.g.*: |



| | | <br>*See* Ex. 9 at 4. |
|---|---|---|



| | |  <br>*See* Ex. 9 at 10. |
|---|---|---|



| | | |
|---|---|---|
| | | Background - CEND<br>CRISP<br>CRISP Event Notification Delivery (CEND)<br>ADT<br>CRISP<br>Panel<br>Hospital<br>Provider<br>CEND Message<br>And/or<br>Population Explorer<br>3<br><br>Ex. 8 at 3. |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Follow up status | Population Explorer Input | The status set by your organization for an individual patient event | Selection Field: Not Started, In Progress, Complete |
| Group | Panel Only | | Free Text |
| Insurance From ADT | ADT | refers to the patient's coverage details, including the insurer and plan information used for billing and medical services during their care. | Free Text |
| Insurance Type | ADT | refers to the category of healthcare coverage or insurance plan the patient has, such as private, Medicare, Medicaid, or self-pay. | Free Text |
| Location | Panel Only | User defined panel field | Free Text |
| MRN | ADT | MRN (Medical Record Number) in an ADT message is a unique identifier assigned to a patient within a healthcare facility's records, used to track their medical history and treatments | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

| | | |
|---|---|---|
| | | <table><tr><th>Filter Name</th><th>Data Source</th><th>Definition</th><th>Logic</th></tr><tr><td>Primary Diagnosis Code</td><td>ADT</td><td>identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1)</td><td>Free Text</td></tr><tr><td>Provider</td><td>ADT</td><td>refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics.</td><td>Free text</td></tr><tr><td>Risk Methodology 1</td><td>Panel Only</td><td>User defined Risk Methodology submitted on the panel</td><td>Free Text</td></tr><tr><td>Risk Methodology 2</td><td>Panel Only</td><td>User defined Risk Methodology submitted on the panel</td><td>Free Text</td></tr><tr><td>Risk Score 1</td><td>Panel Only</td><td>User defined Risk score submitted on the panel</td><td>Free Text</td></tr><tr><td>Risk Score 2</td><td>Panel Only</td><td>User defined Risk score submitted on the panel</td><td>Free Text</td></tr></table><br>Ex. 8 at 32-37. |

| | | |
|---|---|---|
| | | Selected Encounter Details<br>Admit Date / Time: 2024-02-29 14:55<br>Event Date / Time: 2024-02-29 14:56<br>Admit Source: RP<br>Care Manager:<br>Care Manager Email:<br>Care Program:<br>Discharge Date:<br>Discharge Disposition:<br>Discharge To Location:<br>Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy<br>Encounter Type: Outpatient<br>Patient Class: O<br>Patient Complaint: XR<br>Point of Care: Medstar Surgery Center At Lafayette<br>Primary Diagnosis Code:<br>Primary Diagnosis Description:<br>In Population Explorer, all related patient events will be consolidated into a single encounter line item.<br><br>*See also* Ex. 10 at 18. |
| 16[d][ii] | parse the healthcare information for HL7 ADT Admit-Discharge-Transfer (ADT) messages and store patient-identifying information in a standardized format from the HL7 ADT messages in a memory, | CEND parses the healthcare information for HL7 ADT Admit-Discharge-Transfer (ADT) messages and store patient-identifying information in a standardized format from the HL7 ADT messages in a memory.<br><br>CEND parses healthcare information for HL7 Admit-Discharge-Transfer messages and stores patient identifying information in a standardized format from the HL7 ADT messages in the memory. CEND receives ADT messages, which, on information and belief, are HL7 formatted, from the various healthcare information sources it is networked with, as shown below: |



| | | <br><br>Ex. 9 at 11.<br><br>CEND parses the received ADT messages and stores them in its database called the Master Patient Index. *See, e.g.*: |
|---|---|---|



| | |   *See* Ex. 9 at 4 (showing receipt of information from sources such as the Health Department Systems, Hospitals, Clinics, etc. which is then converted and normalized before being stored in the Master Person Index). |
|---|---|---|



| | | <br>*See* Ex. 9 at 10 (showing that CRISP processes the input from various sources before storing the information in the Master Person Index).<br><br>CEND stores patient identifying information in a standardized format in the Master Person Index as shown below. *See, e.g.*: |
|---|---|---|



Population Explorer
View Panel
DC Demo Panel 1 (DC_CEND_DEMO1)
Export
Quick Filter
Type to select
APPLY
DETAIL
TABLE
Export
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
MALONE_DEMO, MARGARET DOB: 1942-06-01
Encounter Type: Outpatient Gender: Female
Event Time: 2024-02-29 14:56
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 09:14
GROVE_DEMO, YVETTE DOB: 1935-06-01
Encounter Type: Inpatient Gender: Female
Event Time: 2024-02-29 05:37
1 of 23
Follow-Up Status
Follow-Up Status: Complete
Last Modified: 2024-05-03T11:29:53.926304 By: joi.perry@crisphealth.org
Patient Demographics
First Name: MARGARET
Last Name: MALONE_DEMO
Gender: Female
Address: 25 RIBBON ST, CHEVY CHASE, MD, 20815
Date of Birth: 1942-06-01
Home Phone:
Saved Filters
Type to select
Load
Clear Filters
Save Current Filter

Ex. 10 at 11;

Selected Encounter Details
Admit Date / Time: 2024-02-29 14:55
Event Date / Time: 2024-02-29 14:56
Admit Source: RP
Care Manager:
Care Manager Email:
Care Program:
Discharge Date:
Discharge Disposition:
Discharge To Location:
Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy
Encounter Type: Outpatient
Patient Class: O
Patient Complaint: XR
Point of Care: Medstar Surgery Center At Lafayette
Primary Diagnosis Code:
Primary Diagnosis Description:
In Population Explorer, all related patient events will be consolidated into a single encounter line item.
18



**Diagnosis Details**

| Diagnosis Code | Diagnosis Description |
| --- | --- |
| I10 | Essential primary hypertension |
| E03.9 | Hypothyroidism, unspecified |

Ex. 10 at 18-19.

## What is Population Explorer?

Population Explorer is integrated directly into the CRISP Portal, enabling users to view, filter, and export CEND generated notifications. It also allows seamless access to patient data in the Clinical Information tool.

*See also* Ex. 8 at 9.

| | | |
|---|---|---|
| | | CEND has a Population Explorer module that allows filtering of data including HL7 ADT messages and patient admission times based on stored information. For example: |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| ACO | Panel | An Accountable Care Organization (ACO) is a network of healthcare providers that collaboratively manage and coordinate care for a specific patient population, aiming to improve outcomes and reduce costs, often through shared savings programs. | Free Text |
| Admit Date/Time | ADT | The date and time which a patient was first admitted for an event | Time Field |
| Admit Source | ADT | Source of the admission from the ADT | Free Text |
| Care Manager | Panel/CRISP Data | The name of the Care Manager for a patient in any given event | Free Text |
| Care Manager Email | Panel/CRISP Data | The email address of the Care Manager for a patient in any given event | Free Text |
| Care Program | Panel | A care program is a structured healthcare initiative designed to provide coordinated, comprehensive services to improve patient outcomes for specific conditions or populations. | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Date of Birth | ADT/CRISP Data | The day, month, and year on which the patient for a given event was born | Time |
| Date of Death | MD Vital Stats | The day, month, and year on which the patient expired according to MD Vital Statistics | Time |
| Death Indicator | MD Vital Stats | Flag to indicate if a patient is expired | Selection – Y/N |
| Diagnosis Code | ADT | The code for any of the diagnoses the patient received (ex: COVID 19 code is U07.1) | Free Text |
| Diagnosis Description | ADT | The name of any of the diagnoses the patient received | Free Text |
| Discharge Date/Time | ADT | The date and time which a patient was discharged for an event | Time |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Discharge Disposition | ADT | Discharge disposition in an ADT message refers to the patient's post-discharge status or the location they are sent to, such as home, rehab, or another care facility. | Free Text |
| Discharge to Location | ADT | Specific location a patient is discharge too if available | Free text |
| Encounter Date | ADT | The date which a patient encounter occurred | Time |
| Encounter Type | ADT | The type of encounter for a given patient event (ex: Emergency, Inpatient, Observation, Outpatient) | Selection |
| Facility | ADT | The name of the facility at which a patient event occurred | Free Text |
| Facility Type | ADT | The type of facility at which a patient event occurred (ex: hospital) | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| Follow up status | Population Explorer Input | The status set by your organization for an individual patient event | Selection Field: Not Started, In Progress, Complete |
| Group | Panel Only | | Free Text |
| Insurance From ADT | ADT | refers to the patient's coverage details, including the insurer and plan information used for billing and medical services during their care. | Free Text |
| Insurance Type | ADT | refers to the category of healthcare coverage or insurance plan the patient has, such as private, Medicare, Medicaid, or self-pay. | Free Text |
| Location | Panel Only | User defined panel field | Free Text |
| MRN | ADT | MRN (Medical Record Number) in an ADT message is a unique identifier assigned to a patient within a healthcare facility's records, used to track their medical history and treatments | Free Text |

| Filter Name | Data Source | Definition | Field Type |
|---|---|---|---|
| National Provider Identifier (NPI) | Panel | The provider associated with a patient encounter, by NPI number | Free Text |
| Panel MRN | Panel | MRN (Medical Record Number) provided from the user panel | Free Text |
| Notification Type | CEND | Different types of Intelligent alerts users can select by if configured | Selection |
| Patient Class | ADT | indicates the patient's status or type of care being provided, such as inpatient, outpatient, emergency, or observation. | Selection |
| Patient Complaint | ADT | The issue a patient described experiencing upon admission for an event (ex: chest pains) | Free Text |
| Patient Name | ADT/CRISP Data | The name of the patient associated with a given event | Free Text |
| Practice | Panel | User defined panel field where the patient is assigned to | Free Text |
| Primary Care Provider | Panel/CRISP Data | PCP input by the panel or filled in by CRISP data | Free Text |

| | | |
|---|---|---|
| | | (embedded table below) |

| Filter Name | Data Source | Definition | Logic |
|---|---|---|---|
| Primary Diagnosis Code | ADT | identifies the main medical condition or reason for the patient's treatment, represented by a standardized code such as ICD-10. (ex: COVID 19 code is U07.1) | Free Text |
| Provider | ADT | refers to the healthcare professional or organization responsible for delivering care to the patient, including physicians, nurses, or clinics. | Free text |
| Risk Methodology 1 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Methodology 2 | Panel Only | User defined Risk Methodology submitted on the panel | Free Text |
| Risk Score 1 | Panel Only | User defined Risk score submitted on the panel | Free Text |
| Risk Score 2 | Panel Only | User defined Risk score submitted on the panel | Free Text |

Ex. 8 at 32-37.

| | | |
|---|---|---|
| | | Selected Encounter Details<br>Admit Date / Time: 2024-02-29 14:55<br>Event Date / Time: 2024-02-29 14:56<br>Admit Source: RP<br>Care Manager:<br>Care Manager Email:<br>Care Program:<br>Discharge Date:<br>Discharge Disposition:<br>Discharge To Location:<br>Insurance Type: AARP HEALTHCARE OPTIONS MEDICARE SUPPLEMENT -- Supplemental Policy<br>Encounter Type: Outpatient<br>Patient Class: O<br>Patient Complaint: XR<br>Point of Care: Medstar Surgery Center At Lafayette<br>Primary Diagnosis Code:<br>Primary Diagnosis Description:<br><br>In Population Explorer, all related patient events will be consolidated into a single encounter line item.<br><br>*See also* Ex. 10 at 18. |
| 16[d][iii] | compare a first HL7 ADT message of the pieces of healthcare information indicating a discharge of a patient against a second HL7 ADT message of the pieces of healthcare information indicating a later admission of the patient to determine a readmission time for the patient, wherein the readmission time is a difference in time between the first HL7 | CEND compares a first HL7 ADT message of the pieces of healthcare information indicating a discharge of a patient against a second HL7 ADT message of the pieces of healthcare information indicating a later admission of the patient to determine a readmission time for the patient, wherein the readmission time is a difference in time between the first HL7 ADT message and the second HL7 ADT message.<br><br>CEND stores information from ADT messages including Admit and Discharge Date/Time. On information and belief, CEND can determine a readmission time by comparing a first HL7 ADT message's Admit Date/Time indicating admission of the patient at the first healthcare provider against a second HL7 ADT message's Admit/Date/Time for the patient. *See above* Claim 1[c].<br><br>Further, CEND's Population Explorer can filter results based on a type of data called "Readmission Inpatient" which means that there is a readmission determination. *See, e.g.*: |

| | | |
|---|---|---|
| | ADT message and the second HL7 ADT message, and | 3.2 Logic-Based Alerts in Population Explorer<br><br>These filters are broken up between encounters and notifications. Users can filter by Logic notification and type, the two critical factors. These filters will display for current subscribers only and can be added as a feature later, as seen below.<br><br>Quick Filter<br>Notification Type<br>Type to select<br>APPLY<br>Diagnosis Rule<br>Timely Follow Up<br>Chronic Conditions<br>Primary or Secondary<br>Diagnosis<br>Readmission Inpatient<br>Rule<br>Timely Follow Up<br>Chronic Conditions<br>Primary Discharge<br><br>*See also* Ex. 11 at 19. |
| 16[d][iv] | instruct a computer of one of the first and the second healthcare providers that generated the second HL7 ADT message to display a readmission notification in real-time with the second HL7 ADT message being received so that the one of the first and the second healthcare providers that generated the second HL7 ADT has immediate access to up- | CEND instructs a computer of one of the first and the second healthcare providers that generated the second HL7 ADT message to display a readmission notification in real-time with the second HL7 ADT message being received so that the one of the first and the second healthcare providers that generated the second HL7 ADT has immediate access to up-to-date patient information, wherein the readmission notification identifies the readmission based on the comparing, wherein the instructing is executed if, the readmission time for the patient is within a readmission time threshold stored in memory.<br><br>*See above* Claims 1[c], 1[d], 1[d][i], and 1[d][ii]. |

| | | |
|---|---|---|
| | to-date patient information, wherein the readmission notification identifies the readmission based on the comparing, wherein the instructing is executed if, the readmission time for the patient is within a readmission time threshold stored in memory. | |