IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AUDACIOUS INQUIRY LLC and<br>COLLECTIVE MEDICAL TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES INC. AND AFFILIATES,<br><br>    Defendants. | Civil Action No. 1:25-CV-02264-JRR |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Chesapeake Regional Information System for Our Patients, Inc. ("CRISP") and CRISP Shared Services Inc. ("CSS"), by and through their counsel, hereby move this Court pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and other applicable law, to dismiss with prejudice all Counts of the Complaint (Dkt. 1) filed by Plaintiffs Audacious Inquiry, LLC ("Audacious") and Collective Medical Technologies, Inc. ("CMT") on the grounds that the Complaint fails to state a claim upon which relief can be granted and on the basis of lack of jurisdiction.

For the reasons set forth in the accompanying memorandum of law filed with this motion, along with all exhibits thereto, CRISP and CSS respectfully request that the Court dismiss the Complaint in its entirety with prejudice.

Respectfully submitted,

**FOLEY & LARDNER LLP**


By:    /s/ *Jarren N. Ginsburg*
    Jarren N. Ginsburg
    D. Md. Bar No. 19688
    FOLEY & LARDNER LLP
    Washington Harbour
    3000 K Street, N.W. Suite 600
    Washington, D.C. 20007-5109
    Telephone: (202) 672-5300
    Facsimile: (202) 672-5399
    jginsburg@foley.com

    Ruben J. Rodrigues *(pro hac vice)*
    FOLEY & LARDNER LLP
    111 Huntington Avenue
    Boston, MA 02199
    Telephone: (617) 342-4000
    Facsimile: (617) 342-4001
    rrodrigues@foley.com

    Sarah E. Rieger *(pro hac vice)*
    FOLEY & LARDNER LLP
    777 East Wisconsin Avenue
    Milwaukee, WI 53202
    Telephone: (414) 271-2400
    Facsimile: (414) 297-4900
    srieger@foley.com


**ATTORNEYS FOR DEFENDANTS CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS, INC. AND CRISP SHARED SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 8, 2025, a copy of the foregoing document was electronically filed on the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

                                          */s/ Jarren N. Ginsburg*
                                          Jarren N. Ginsburg

4929-5934-1414