IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AUDACIOUS INQUIRY LLC and COLLECTIVE MEDICAL TECHNOLOGIES, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES INC. AND AFFILIATES, <br><br>　　Defendants. | § § § § § § § § § § § § § § § <br><br>Civil Action No. 1:25-CV-02264-JRR |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Upon consideration of Defendants Chesapeake Regional Information System for Our Patients, Inc. ("CRISP") and CRISP Shared Services Inc.'s ("CSS") (collectively, "Defendants"), Motion to Seal (ECF No. 22, the "Motion"), and in view of Plaintiff's lack of opposition to the Motion, it is this 25th day of September, 2025:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall permanently **SEAL** Exhibit F in support of Defendants' Motion to Dismiss; and it is further

**ORDERED** that the Clerk of the Court shall dispose of the document that is the subject of this Order at the conclusion of the case.

　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　Julie　　R.　　Rubin
　　　　　　　　　　　　　　　　United States District Court Judge

1