**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| AUDACIOUS INQUIRY LLC and COLLECTIVE MEDICAL TECHNOLOGIES, INC., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 1:25-CV-02264-JRR |
| CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES INC. AND AFFILIATES, | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendants Chesapeake Regional Information System for Our Patients, Inc. ("CRISP") and CRISP Shared Services Inc. ("CSS"), by and through their counsel, hereby move this Court pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and other applicable law, to dismiss with prejudice all Counts of the Amended Complaint (Dkt. 24) filed by Plaintiffs Audacious Inquiry, LLC ("Audacious") and Collective Medical Technologies, Inc. ("CMT") on the grounds that the Complaint fails to state a claim upon which relief can be granted.

For the reasons set forth in the accompanying memorandum of law filed with this motion, along with all exhibits thereto, CRISP and CSS respectfully request that the Court dismiss the Amended Complaint in its entirety with prejudice.

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: *　/s/ Jarren N. Ginsburg*

Jarren N. Ginsburg
D. Md. Bar No. 19688
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W. Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
jginsburg@foley.com

Ruben J. Rodrigues *(pro hac vice)*
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
rrodrigues@foley.com

Sarah E. Rieger *(pro hac vice)*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
srieger@foley.com

**ATTORNEYS FOR DEFENDANTS CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS, INC. AND CRISP SHARED SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 6, 2025, a copy of the foregoing document was electronically filed on the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Jarren N. Ginsburg*
Jarren N. Ginsburg