**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| AUDACIOUS INQUIRY LLC and COLLECTIVE MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES INC. AND AFFILIATES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:25-CV-02264-JRR |

## INDEX OF EXHIBITS TO MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

| **Exhibit** | **Document** | **Brief Pages** |
|---|---|---|
| Exhibit A | U.S. Patent No. 10,938,962 | 5, 8, 16, 19, 21, 22 |
| Exhibit B | U.S. Patent No. 11,114,194 | 6, 8, 19 |
| Exhibit C | U.S. Patent No. 12,047,475 | 7, 8, 19, 21 |
| Exhibit D | HL7 Standard Information (Excerpt from U.S. Patent No. 10,938,962 File History) | 5, 10 |
| Exhibit E | Information Disclosure Statement Disclosing HL7 Standard (Excerpt from U.S. Patent Application No. 13/844,332 File History) | 5, 10 |
| Exhibit F | (**UNDER SEAL**) Agreement for the Acquisition of CRISP's Encounter Notification Service | 20 |
| Exhibit G | Patent Assignment for U.S. Patent Application No. 17/190,358 | 20-23 |
| Exhibit H | Patent Assignment for U.S. Patent Application No. 15/911,137 | 20-23 |
| Exhibit I | Patent Assignment for U.S. Patent Application No. 15/808,887 | 20-22 |
| Exhibit J | Patent Assignment for U.S. Patent Application Nos. 14/189,225 and 14/189,306 | 20-22 |
| Exhibit K | Patent Assignment for U.S. Patent Application Nos. 13/844,332 and 14/142,625 | 20-22 |

| **Exhibit** | **Document** | **Brief Pages** |
|---|---|---|
| Exhibit L | U.S. Patent Pub. No. 2017/0220742A1 | 22 |
| Exhibit M | U.S. Patent Pub. No. 2017/0098043A1 | 22 |
| Exhibit N | U.S. Patent Pub. No. 2016/0034641A1 | 22 |
| Exhibit O | (**UNDER SEAL**) Master Professional Services Agreement | 21 |
| Exhibit P | Recommended Order, *Audacious Inquiry, LLC v. Agency for Health Care Administration and CRISP Shared Services and HIE Networks, LLC*, Case No. 25-1165BID (Fla. Div. of Admin. Hearings June 9, 2025) | 26 |
| Exhibit Q | Final Order, *Audacious Inquiry, LLC v. Agency for Health Care Administration and CRISP Shared Services and HIE Networks, LLC*, Case No. 25-1165BID (Fla. Div. of Admin. Hearings June 24, 2025) | 26 |