# EXHIBIT C

US012047475B2

(12) **United States Patent**
**Antony et al.**

(10) **Patent No.: US 12,047,475 B2**
(45) **Date of Patent: Jul. 23, 2024**

(54) **PARALLEL NETWORK ARCHITECTURE FOR AGGREGATE DATA ROUTING**

(71) Applicant: **Audacious Inquiry**, Catonsville, MD (US)

(72) Inventors: **Sandeep Antony**, Columbia, MD (US); **Scott Afzal**, Washington, DC (US); **David Horrocks**, Baltimore, MD (US)

(73) Assignee: **Audacious Inquiry LLC**, Catonsville, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 143 days.

(21) Appl. No.: **17/190,358**

(22) Filed: **Mar. 2, 2021**

(65) **Prior Publication Data**

US 2021/0194997 A1 Jun. 24, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 15/911,137, filed on Mar. 4, 2018, now Pat. No. 10,938,962, which is a continuation of application No. 15/808,887, filed on Nov. 9, 2017, now abandoned, which is a continuation-in-part of application No. 15/010,142, filed on Jan. 29, 2016, now abandoned, and a continuation-in-part of application No. 14/872,445, filed on Oct. 1, 2015, now Pat. No. 11,114,194, and a continuation-in-part of application No. 14/445,562, filed on Jul. 29, 2014, now abandoned, and a

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***H04L 69/06*** | (2022.01) |
| ***G06F 3/04842*** | (2022.01) |
| ***G06F 16/2455*** | (2019.01) |
| ***H04L 5/02*** | (2006.01) |
| ***H04L 69/18*** | (2022.01) |

(52) **U.S. Cl.**
CPC .......... ***H04L 69/06*** (2013.01); ***G06F 3/04842*** (2013.01); ***G06F 16/24568*** (2019.01); ***H04L 5/02*** (2013.01); ***H04L 69/18*** (2013.01)

(58) **Field of Classification Search**
CPC . H04L 69/06; H04L 5/02; H04L 69/18; G06F 16/24568; G06F 3/04842
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 9,058,635 | B1 * | 6/2015 | Rybkin .................. | G16H 10/60 |
| 2003/0233252 | A1 * | 12/2003 | Haskell .................. | G16H 10/60 705/2 |

(Continued)

*Primary Examiner* — William G Trost, IV
*Assistant Examiner* — Adam A Cooney
(74) *Attorney, Agent, or Firm* — Alley IP

(57) **ABSTRACT**

Network architectures are interfaced with diverse inputs like a hub with multiple spokes. A portion of these input are further interfaced as limited outputs. The inputs can be from wholly different users streaming unrelated data in different protocols. HL7 ADTs in these inputs can control network configuration, culling or screening output to communications that match user parameters. Network architectures can aggregate and enhance information that matches from among these inputs, including information across protocols such as HL7. Such information can be provided and stored back to other sources so as to add to or correct wide area data stores. All communications can be provided in real-time and with manageable volumes that do not fatigue users and better manage network resources.

**22 Claims, 10 Drawing Sheets**



**Related U.S. Application Data**

continuation-in-part of application No. 14/189,225, filed on Feb. 25, 2014, now abandoned, and a continuation-in-part of application No. 14/142,625, filed on Dec. 27, 2013, now abandoned, which is a continuation of application No. 13/844,332, filed on Mar. 15, 2013, now abandoned.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2004/0059744 | A1* | 3/2004 | Duncan | G16H 10/40 707/999.102 |
| 2004/0167804 | A1* | 8/2004 | Simpson | A61B 5/0002 705/3 |
| 2006/0122865 | A1* | 6/2006 | Preiss | G16H 40/20 705/2 |
| 2007/0273517 | A1* | 11/2007 | Govind | G16H 10/60 340/572.1 |
| 2007/0299688 | A1* | 12/2007 | Braz | G16H 30/40 705/2 |
| 2008/0021709 | A1* | 1/2008 | Greer | G16H 40/20 704/258 |
| 2009/0024416 | A1* | 1/2009 | McLaughlin | G16H 10/65 705/3 |
| 2010/0223073 | A1* | 9/2010 | Nearman | G16H 80/00 705/3 |
| 2010/0256994 | A1* | 10/2010 | Eisenberger | G16H 40/63 705/3 |
| 2013/0006666 | A1* | 1/2013 | Schneider | G16H 10/60 705/3 |
| 2013/0197940 | A1* | 8/2013 | Garber | G16H 10/60 705/3 |
| 2013/0325505 | A1* | 12/2013 | Vengco | G16H 50/70 705/3 |
| 2013/0339052 | A1* | 12/2013 | Neff | G16H 10/60 705/3 |
| 2014/0033051 | A1* | 1/2014 | Nihal | G06F 3/0484 715/733 |
| 2014/0122734 | A1* | 5/2014 | Higgins | H04L 67/2838 709/231 |

* cited by examiner

Case 1:25-cv-02264-JRR Document 28-6 Filed 10/06/25 Page 4 of 21






FIG. 1
(Related Art)

FIG. 2



120
160
Intake Interface 112
Output Engine 114
Query
Return
160
160
110
Data Stream Engine 113
***
100
Universal Interface 111
Specialized Protocol Interface 111
Specialized Protocol Interface 111
***
131
135
35 / 36
***
50
15a
15b
50
50x


Profile – Search Results
1700
1741
1742
1743
1744
1745
1750
1725
1730
1701
Unified Landing Page
HOME
Care Profile
CAliPHR
OB Form
Report Dashboard
HELP
USER NAME
(SIGN OUT)
New Search
Patient Search
Last Name(Required)
Last Name
First Name(Required)
First Name
Date Of Birth(Required)
MM
DD
YYYY
Gender: Male Female
ZipCode
SSN
XXX-XX-XXXX
PATIENT SEARCH
Patient Search Results
FIRST
LAST
M.I
SUFFIX
DATE OF BIRTH
CRISP ID
GENDER
ADDRESS
MATCH SCORE
GILBERT
GRAPE
1984-01-01
32199974
M
4145 EARL CADKINS DR. RIVER, WV 26000
Very Likely
GILBERT
GRAPE
1984-01-01
32208305
Male
null null null, null null
Very Likely
GILBERT
GREAPE
1984-01-01
31131416
M
4145 EARL CADKINS DR. RIVER, WV 26000
Very Likely

FIG. 3



Profile – Collapsed View
Unified Landing Page
HOME
Care Profile
CAIIPHR
OB Form
Report Dashboard
1732
1750
HELP
USER NAME
(SIGN OUT)
Patient Care Profile
Patient Name: John X.Smith Gender: Male Date of Birth: 04/03/1984
Profile Sections
Patient Demographics
Medications
Diagnosis
Procedures
Health Relationships
Encounters from ADT
Encounters from Claims
Show all
Collapse/Expand all
1725
1731
Encounters from ADT
1700
1701


FIG. 4


Profile Full View (1 of 3)
Profile Sections
Patient Care Profile
Patient Demographics
Medications
Encounters from ADT
Emergency
Inpatient
Outpatient
1732
1701
1700
1733
1734

FIG. 5



Profile Full View (2 of 3)
Profile Sections
New Search > Modify Search
Patient Care Profile
Patient Name: John X.Smith Gender: Male Date of Birth: 04/09/1984
Diagnosis
Procedures
Health Relationships
1700
1701
1735
1736
1737


FIG. 6


Profile Full View (3 of 3)
Profile Sections
Patient Care Profile
Health Relationships
Encounters from Claims
Event
1700
1701
1737
1738
1739

FIG. 7


CAliPHR Tab
Primary Measure Screen
1700
1701
1725
1751
1752
1753
CAliPHR
eCQM Aligned Population Health Reporting Tool

FIG. 8




FIG. 9



Report Dashboard Tab – DCPCA Report
1700
1761
1762
1763
1764
Enrollment
Financial
Facility Utilization
ER Reports
Professional Utilization
Pharmacy Utilization
Risk Analytics
Quality Measures
Custom Reports
Client Reports
Overview
Professional Services
Profiling Summary
Profiling Summary- Custom
HealthEC® My Organization Summary Dashboard
My Org - Variance to Benchmark (%)
My Org - Monthly Trend by Year
Practice Summary
Provider Summary


FIG. 10

# PARALLEL NETWORK ARCHITECTURE FOR AGGREGATE DATA ROUTING

## RELATED APPLICATIONS

This application is a continuation of, and claims priority under 35 U.S.C. § 120 to, application Ser. No. 15/911,137 filed Mar. 4, 2018, now U.S. Pat. No. 10,938,962, which is a continuation of application Ser. No. 15/808,887 filed Nov. 9, 2017, which is a continuation-in part of application Ser. No. 15/010,142 filed Jan. 29, 2016, Application Ser. No. 14/872,445 filed Oct. 1, 2015, Application Ser. No. 14/445,562 filed Jul. 29, 2014, Application Ser. No. 14/189,225 filed Feb. 25, 2014, and application Ser. No. 14/142,625 filed Dec. 27, 2013, which is a continuation of application Ser. No. 13/844,332 filed Mar. 15, 2013. These applications are incorporated herein by reference in their entireties.

## BACKGROUND

Network hub infrastructure often includes processors and related transient memory and/or cache connected with one or more servers and network-side databases under its control. The servers, or potentially ports or other types of interfaces, at the hub communicatively connect to one or more spoke data sources or streams for the hub. For example, a network hub may connect to third-party hosts, other databases, and/or services that provide signals to the network hub. Each of these spoke data sources may require unique signal management, authentication, and/or communications protocols, for which each server, port, or other hub-side interface must be configured, either with hardware matching and satisfying the protocol and/or software configured to provide hub-side authentication, interaction, and data-management with the sources and streams.

Dynamic third-party spokes provide information or services that may change or be updated over time, potentially in real-time for data to match current physical conditions or occurrences. For example, a spoke relational database may update read-only-memory in real-time with new or updated entries as detected physical characteristics change, updated calculations are completed, and/or new data becomes available. Or, for example, a spoke third-party service may return new signals in response to hub-side server queries. Or, for example, a spoke data stream may transmit information in real-time as generated or received, such as network status, client interactions, processor actions, etc. These dynamic network spokes require the hub processor to concomitantly handle dynamic signal input in multiples equal to spoke number, often requiring hub processing power to exceed that of any spoke service.

On the other side of the network hub, servers, or potentially ports or other types of interfaces, communicatively connect to one or more spoke clients or users. The same types of configuration for protocol, authentication, data management, etc. with regard to spoke clients and users must be implemented at the hub for each spoke client. The hub may act as a simple multiplexor feeding signals from each spoke data source to each spoke client in composite or multiplexed fashion. Similarly, information may be aggregated in a hub-side database and analyzed for retrieval by spoke clients, potentially through operator or processor query from client members in the network. In the instance of data streams, the network architecture may provide continuous signals to clients in visual or formatted fashion so that operators at client spokes may more easily display, such as through light signals emanating from a substrate surface



forming a GUI, and consume all data incoming from potentially several spoke data streams.

Examples of related art network architectures handling data streams in real-time and/or from multiple spoke-side sources having heterogenous configurations can be found in U.S. Pat. No. 9,800,608 to Korunsky et al.; U.S. Pat. No. 9,437,022 to Vander Broek; U.S. Pat. No. 9,348,876 to Paranjpe et al.; and U.S. Pat. No. 9,083,770 to Drose et al. FIG. **1** is an illustration of another related art hub-and-spoke network architecture that aggregates data across a large population, with several distinct users, in an exchange or similar database, such as Maryland's CRISP network and associated MPI, disclosed in the Jun. 12, 2009 publication "CRISP" by the state of Maryland and incorporated herein by reference in its entirety.

As shown in FIG. **1**, related art network **10** includes an exchange **15** having a matching structure **30**, database **21**, and an information logic structure **20**. Matching structure **30** may be a digitized or computer-based system that facilitates entry, gathering, and organization of information from one or more data sources **50** providing a variety of information to exchange **15**. For example, sources **50** may provide clinical feeds **36** and/or Admit-Discharge-Transfer (ADT) messages **35** to matching structure **30**. It is understood in related art exchanges, including CRISP, these inputs may operate on several different formats, standards, communication protocols, etc. taking the form of both real-time streams and periodic batch-wise data transfers. For example, clinical feeds **36** may stream patient biographical information, treatment, other medical history, insurance information, provider activities, lab results, etc. that typically reflect healthcare information on a per patient basis, and ADT messages **35** as received by exchanges like CRISP are understood to be a specific type of HL7 message generated and transmitted in real-time with an encounter with data sources **50**, indicating an admittance, discharge, transfer, to/from/within a provider. Protocols like Direct and HL7 and the specific ADT formatting are defined by their standard-setting bodies, explained at wiki.directproject.org and hl7.org/implement/standards.

As shown in FIG. **1**, matching structure **30** may include an interface or router **32** that receives clinical feeds **36** and/or ADT messages **35** streaming from sources **50**. Router **32** may process or otherwise prepare data for entry into a database **21** and associated master patient index (MPI) **31**, which matches identifying information with content of database **21** to reconcile identity within health information exchange **15**. In large scale hub-and-spoke architectures such as exchanges like CRISP, the serial, one-way information flow from sources **50** to database **21** includes potentially thousands or millions of different entries received and stores on a daily basis. Information from sources **50** is often stored, indexed, or otherwise routed based on the information itself, without any correction, un-corrupting, or enhancement of the data.

The serial arrangement of FIG. **1** allows users **60** on the opposite end of the architecture to access healthcare information stored in database **21** through logic structure **20** in health information exchange **15** that is interfaced with healthcare information routing and demographics matching structure **30**. Subscribing participants **60** can login or otherwise access logic structure **20** through a query portal **25**. Users **60** can enter queries **26** into portal **25**, which is interfaced with logic structure **20**. Logic structure **20** may gather and/or associate data from database **21** with MPI **31** based on the parameters of query **26** and any access/information rules applicable to system **10**. Alternatively or

additionally, subscribing participants **60** may be delivered direct notifications **27** reporting all information received in database **21**, responsive to queries or not.

## SUMMARY

Example embodiment network architectures receive distinct inputs from multiple parallel sources and, residing between these sources, provide a filtered output back to one of the inputs. The sources may be diverse, with different operators, configurations, roles, and/or data types, requiring example embodiment architectures to have appropriate ports or interfaces programmed for the distinct data streaming in, including HL7 ADTs. The architecture is structured to adapt operation and provide limited output back to a subset of the sources using output conditions from that subset. A computer within the architecture pushes the curated flow of HL7 ADT and related content when it satisfies the conditions, in real-time with data receipt, so as to provide much less than the entire volume of incoming data from all sources. This conserves communications bandwidth, processor power consumption, and endpoint memory consumption, as well as reducing user fatigue or overwhelm.

Example architectures, being connected among, and configured with protocols to interact with, disparate user and provider sources, can combine and improve flows from multiple sources, including information across protocols such as HL7. For example, a processor configured for interoperability with an exchange can write information from output conditions back to the exchange that provides or receives streams. This information can be additional or corrected, improving database operation and contents that may itself be streamed back to example architectures with the additional information and better fit.

## BRIEF DESCRIPTIONS OF THE DRAWINGS

Example embodiments will become more apparent by describing, in detail, the attached drawings, wherein like elements are represented by like reference numerals, which are given by way of illustration only and thus do not limit the example embodiments herein.

FIG. **1** is an illustration of a related art network architecture.

FIG. **2** is an illustration of an example embodiment network architecture.

FIG. **3** is an illustration of a profile screen of an example embodiment graphical user interface (GUI).

FIG. **4** is an illustration of a selected profile screen of the example embodiment GUI.

FIG. **5** is an illustration of a multiple-field screen of the example embodiment GUI.

FIG. **6** is an illustration of a second page of the multiple-field screen of the example embodiment GUI.

FIG. **7** is an illustration of a third page of the multiple-field screen of the example embodiment GUI.

FIG. **8** is an illustration of a selected analytics multiple-pane screen of the example embodiment GUI.

FIG. **9** is an illustration of a selected pane screen of the example embodiment GUI.

FIG. **10** is an illustration of a third-party output screen of the example embodiment GUI.

## DETAILED DESCRIPTION

Because this is a patent document, general broad rules of construction should be applied when reading it. Everything described and shown in this document is an example of subject matter falling within the scope of the claims, appended below. Any specific structural and functional details disclosed herein are merely for purposes of describing how to make and use examples. Several different embodiments and methods not specifically disclosed herein may fall within the claim scope; as such, the claims may be embodied in many alternate forms and should not be construed as limited to only examples set forth herein.

It will be understood that, although the terms first, second, etc. may be used herein to describe various elements, these elements should not be limited to any order by these terms. These terms are used only to distinguish one element from another; where there are "second" or higher ordinals, there merely must be that many number of elements, without necessarily any structural or functional difference or other relationship. For example, a first element could be termed a second element, and, similarly, a second element could be termed a first element, without departing from the scope of example embodiments or methods. As used herein, the term "and/or" includes all combinations of one or more of the associated listed items. The use of "etc." is defined as "et cetera" and indicates the inclusion of all other elements belonging to the same group of the preceding items, in any "and/or" combination(s).

It will be understood that when an element is referred to as being "connected," "coupled," "mated," "attached," "fixed," etc. to another element, it can be directly connected to the other element, or intervening elements may be present. In contrast, when an element is referred to as being "directly connected," "directly coupled," etc. to another element, there are no intervening elements present. Other words used to describe the relationship between elements should be interpreted in a like fashion (e.g., "between" versus "directly between," "adjacent" versus "directly adjacent," etc.). Similarly, a term such as "connected" includes all variations of information exchange and routing between two electronic devices, including intermediary devices, networks, etc., connected wirelessly or not.

As used herein, the singular forms "a," "an," and "the" are intended to include both the singular and plural forms, unless the language explicitly indicates otherwise. It will be further understood that the terms "comprises," "comprising," "includes," and/or "including," when used herein, specify the presence of stated features, characteristics, steps, operations, elements, and/or components, but do not themselves preclude the presence or addition of one or more other features, characteristics, steps, operations, elements, components, and/or groups thereof.

The structures and operations discussed below may occur out of the order described and/or noted in the figures. For example, two operations and/or figures shown in succession may in fact be executed concurrently or may sometimes be executed in the reverse order, depending upon the functionality/acts involved. Similarly, individual operations within example methods described below may be executed repetitively, individually or sequentially, so as to provide looping or other series of operations aside from single operations described below. It should be presumed that any embodiment or method having features and functionality described below, in any workable combination, falls within the scope of example embodiments.

The inventors have recognized that related art networks, such as CRISP and contemporaneous exchanges, receive thousands, if not millions, of individual pieces of information daily, streamed and dispatched from many different sources operating on many different protocols. The one-way,

serial flow of this data into the exchange requires users to either query the exchange at set intervals not in real-time and/or be deluged in real-time with the huge volume of raw data received. This problem is unique to hub, processor-based networks that can receive, store, and search so much data from so many sources and individual transactions. Post hoc queries or a real-time feed thus do not accurately and consistently provide users with timely and well-fitted data about encounters.

The inventors have further recognized that the data itself streaming from the sources, such as individual ADT fields within ADT messages **35**, may be lower-quality and may not be useful alone to direct information and/or accurately associate with related information. ADT messages often contain errors because they are recorded by hand and rely on the information relayed at registration, sometimes under duress at an emergency encounter. Further, all relevant and correct information may not be given. Streaming all information, or even all ADT messages, directly to users identified therein results in overwhelming volume and irrelevancy of information provided. Even a query system based on one-way related art networks may return exceedingly large and poor-quality search results based on such data. This may cause recipients to become fatigued by constant and/or low-value information and alerts, resulting in less useful information consumed from related art systems.

The inventors have further recognized that spoke, or parallel, data sources possessed by distinct networks and entities can provide more accurate information for network operations, including better directing information and improving its content. Related art systems operating as a one-way, serial repository from data sources cannot use diverse sources and providers to so enhance information delivery. Moreover, related art systems may not be sufficiently configured to connect and receive information from several different types of sources, including users, clinical feeds, ADT messages, HIE interfaces, and/or any other stream or database. Such data sources are often operated and controlled by disparate organizations and entities operating under different communications protocols having distinct information interfaces. As such, no single network is able to aggregate and combine all information from the various streams, which may be dynamic and change in real-time, into a single output that interrelates all relevant data for an operator query or parameter. Thus, there is a need for a network architecture that can interface with multiple data sources having distinct protocols, formatting, or standards and offering unique but related data through a single output interface. To overcome these newly-recognized problems as well as others, the inventors have developed example embodiments and methods described below to address these and other problems recognized by the Inventors with unique solutions enabled by example embodiments.

The present invention is network architectures interfaced with multiple, disparate data streams to aggregate the same for improved endpoint delivery and quality. In contrast to the present invention, the few example embodiments and example methods discussed below illustrate just a subset of the variety of different configurations that can be used as and/or in connection with the present invention.

FIG. **2** is a diagram of an example embodiment network architecture **100** that can be configured through proper hardware infrastructure and software programming to execute example methods. As shown in FIG. **2**, cluster **110** may be connected to a health information exchange **15**. Cluster **110** and health information exchange may be co-located or remote, and may be connected via a dedicated connection or bus in a same setting or over great distances through networks such as VPNs, WANs, LANs, or the Internet.



Although example embodiment architecture **100** includes a related art health information exchange **15**, it is understood that other types of sources for healthcare information are useable with example embodiments and methods. For example, a health system or other database may be used in place of health information exchange **15**. Still further, health information exchange **15** could be fully contained within cluster **110** to provide a centralized system for receiving, storing, processing, and/or delivering desired healthcare information to various subscribing providers **160**.

As shown in FIG. **2**, cluster **110** is configured to receive subscriber parameters **120** from subscribing providers **160**. Example embodiment network **100** is useable with a wide variety of subscribing providers **160**, including primary care physicians, specialists, insurance providers, hospitals, labs, etc. who may need or be able to better use specific types of healthcare information, in specific formats, in specific circumstances.

Subscriber parameters **120** define the services to be provided by example embodiment system **100**. For example, subscriber parameters **120** may include a roster of patient information (hospital identifier, member ID, any names, home address, city, state, zip code, date of birth, gender, ssn, phone numbers, membership status, etc. or portions thereof) identifying patients under the care or covered by subscribing providers **160**.

Subscriber parameters **120** may include a limiting set of events or circumstances for which subscribing providers **160** desire healthcare information. For example, a subscribing provider **160** who is a specialist may want only healthcare information relating to patients under the care of the specialist who have an encounter for a condition within the specialist's field of practice; or a subscribing provider **160** who is a large general practice of physicians may want cumulative healthcare information provided only once a month for a particular subset of very active patients; or an insurance provider as a subscribing provider **160** may want to be notified only when a certain type of encounter that reflects a need for patient contact or intervention occurs, such as multiple ER visits for a condition that may be successfully treated in an outpatient setting. All these limiting filters may be present in subscriber parameters **120**. As such, subscriber parameters **120** may set out a roster of responsive client identification and/or a variety of circumstances for which subscribing providers **160** desire healthcare information, including any combination of event or message types based on which to create notifications, frequency of notifications, delivery format and type preferences, etc.

Each subscribing provider **160** may provide subscriber parameters **120** to cluster **110**. Subscribing providers **160** may provide multiple subscriber parameters **120** or modify existing subscriber parameters **120** as well, as their patients and needs and desires for healthcare information delivery change. Alternatively, subscriber parameters **120** may be automatically generated based on rules of example embodiment system **100** for policy compliance or service reasons. For example, a default set of subscriber parameters **120** may be provided for subscribing providers **160** who provide incomplete or incorrect parameters. Or, for example, if a subscribing provider **160** is a hospital, subscriber parameters **120** may be automatically generated for the hospital to include all patients discharged within the past 60 days, either as a desired service or to comply with regulation.

Subscriber parameters **120** may be input and/or updated into cluster **110** through a subscriber login interface, manually from subscriber parameters **120** that are delivered, such as from a spreadsheet via email, and/or automatically generated therein based on a ruleset. Cluster **110** may include an input structure **112** to specifically receive, process, and update/store information from subscriber parameters **120** as they are input. Input structure **112** may be, for example, a module or subroutine within cluster **110** or may be a dedicated server with independent processing capability, depending on the configuration of cluster **110**.

Based on information provided in subscriber parameters **120**, cluster **110** can collect, compile, and provide very specific and well-tailored healthcare information to subscribing providers. As shown in FIG. **2**, cluster **110** includes a logic core **113** interfaced with and/or controlling operation of input structure **112**, healthcare information source interface **111**, and notification engine **114** in cluster **110**. Logic core **113** may coordinate operations, including healthcare message processing and/or delivering and enhancement of MPI **31** (FIG. **1**) through interface connection **131**.

Healthcare information source interface **111** may be specifically programmed based on the configuration of known MPI **31** (FIG. **1**) with which it will interface via interface connection **131**, or any other health care information source instead of exchange **15**. Healthcare information source interface **111** may recognize and understand how to read specific data structures or information association regimes present within MPI **31**, such as client IDs, patient-identifying information, relationships among entries and records, etc., stored in MPI **31**. As seen in FIG. **2**, example embodiment system **100** may require only directed front-end interfaces with an external or third-party health information exchange **15**, reducing complexity and/or potential for connection error problems that might exist were all other portions of exchange **15** having their own connection to cluster **110** or if a subscriber had to directly deal with and query exchange **15**. Logic core **113** and/or interface **111** may be a central routine, specifically-configured processor, and or wholly individual server with storage and processor within cluster **110**, for example, depending on the configuration of cluster **110**.

For enhancement of MPI **31**, logic core **113** may provide MPI **31** with client-identifying entries from subscriber parameters **120**. The client-identifying entries may be stored in MPI **31** to associate correct patient information with incoming data. For example, an existing MPI **31** may include data of a patient's name and address indexed to some patient data in a database, with data of the patient's social security number, date of birth, and gender indexed to other patient data. Logic Core **113** may provide all correct and comprehensive patient information to MPI **31** via interface **111** and interface connection **131** so that full patient-identifying information may be correctly matched with existing indices stored in MPI **31** and correctly associated with patient data. Further, when exchange **15** provides ADT messages **35** to system **110** or otherwise, such ADT messages **35** may be properly enhanced and associated with all submitted client information going forward.

For healthcare message processing, all incoming notifications to health information exchange **15** may be monitored and/or received by cluster **110** through interface connection **131**, where interface **111** is connected to exchange **15**. Incoming messages may include standard or enhanced ADT messages **35**. Logic core **113** may compare the contents of ADT messages **35** against client-identifying information from a roster processed by input structure **112** from client parameters **120** to identify every message relating to a responsive client, e.g., one specifically-identified in a roster from a subscriber. In this way, logic core **113** may observe and act on every message about a patient that is responsive to a provider's roster, regardless of partial or some incorrect information being present in ADT message **35** or initially stored in MPI **31**, and may properly match messages **35** with correct subscribing providers **160**.



Logic core **113** may further process all messages **35** provided from exchange **15** to discard those messages or portions of messages containing duplicate, incorrect, or low-value contents. For example, a provider may generate an ADT message **35** for an internal transfer that has no meaning outside the provider facilities, or a message **35** may include typographical information of a patient's information or an impossible/redundant administrative status change, such as duplicative admittances for the same patient and facility. Logic core **113** may analyze messages for such errors, by comparing them against known correct client information, a saved history of received messages, and/or internal rulesets for impossible/plainly incorrect encounters, and identify incorrect or useless messages or portions of the same for disposal without passing them on to subscribing providers **160**.

Logic core **113** may also process incoming messages **35** against subscriber parameters **120** in order to determine if messages **35** are responsive to subscriber needs and/or properly format and time any notifications generated based on the same. For example, subscribing providers **160** may provide notification limitations within parameters **120** to input structure **112** from subscriber parameters **120**, such as an exclusion for particular types of encounters and/or patients. Logic core **113** may further compare such notification limitations against each ADT message **35** to exclude non-responsive messages and forwarded those complying with subscriber's notification limitations to notification engine **114** to make the ADT message available to the subscriber in accordance with any other client parameters such as delivery format or frequency.

Logic core **113** may further control notification engine **114** to generate healthcare notifications only at appropriate instances based upon subscriber parameters **120**. For example, whenever logic core **113** monitors an ADT message **35** generated based on a client encounter for a client included in a roster in subscriber parameters **120**, a healthcare notification may be generated for the subscribing provider **160**. Alternatively, if subscriber parameters **120** requested notifications only at weekly intervals, a notification of the encounter observed in the ADT message **35** may be held until the requested interval has passed. Notification engine **114** may be a module or subroutine within cluster **110** or may be a dedicated server with independent processing capability, for example, depending on the configuration of cluster **110**.

Healthcare notifications generated by notification engine **114** may include a wide variety of detail based on subscriber parameters and available healthcare information. For example, healthcare notifications may include only the ADT message content that triggered the notification, or healthcare notifications may include any or all healthcare information identified in MPI **31** for a patient whenever a responsive notification is generated for that patient. Subscriber parameters **120** may indicate a level and type of information requested in healthcare notifications; for example, a subscribing provider **160** may list internal identifiers, name of a primary care provider, record number, and/or any other contextual information to aid their bookkeeping that can be

added into notifications by engine **114**. Still alternatively, logic core **113** may select particularly high-value or relevant healthcare data for inclusion in a notification. For example, an insurance provider can submit subscriber parameters **120** requesting notifications for treatment or prescription changes, and example embodiment system **100** may provide a notification to the provider each time an ADT message **35** contains an encounter with a changed treatment or prescription; the notification may also contain information about a new condition or hospital encounter that resulted in change if this information is determined as relevant or important, for, say, determining whether the new prescription is effective or wasteful, by the logic core **113**.

Notification engine **114** can prepare healthcare notifications including data present solely in cluster **110**, such as data stored in a local database that was filtered from ADT messages **35** and MPI **31** by logic core **113** and healthcare information source interface **111**, or with information accessible anywhere in example embodiment system **100**. For example, healthcare information source interface **111** may have previously identified several different data entries relating to a particular patient in MPI **31**. Notification engine **114** may pull and combine all requested information among the previously-identified information in MPI **31** for presentation in a subscriber notification.

Healthcare notifications may be delivered to subscribing providers **160** through a report **127** sent via email, over a direct or secure network, through the Direct standard, in HL7 format, via Internet services, or even hard copy, based on profile information. Healthcare notifications may be structured as narratives, tables, spreadsheets, existing encounter formats, etc. For example, a subscribing provider **160** may have requested a daily notification for a list of active patients, and notification engine **114** may compile and email out a report of all encounters in HL7 format for the identified patients within a daily interval. Alternatively, healthcare notifications may be prepared and stored with notification engine **114** and provided to subscribing providers **160** only upon their access **128** to cluster **110**; a reminder of a new healthcare notification may still be provided in this instance. Still further, a subscribing provider **160** may receive notifications via the Direct standard in real-time, permitting providers to readily follow-up with patients at each encounter, such as admission or discharge.

Given the variety of example functions described above, cluster **110** may be structured in a variety of ways to provide desired functionality. Although logic core **113** is shown as a separate structure or routine connected to other parts within cluster **110**, it is understood that logic core **113**, and its operations and controls, may be incorporated in relevant part in any of input structure **112**, healthcare information source interface **111**, and/or notification engine **114**. Other divisions of structures and functionalities **111**, **112**, **113**, and **114** among any number of separate modules, processors, servers are useable with example embodiment system **100**, including execution on a single machine or among distance exclusive servers and processors.

Further, connections shown in example embodiment **100** can be over the Internet, including standard communications protocols such as TCP/IP, or through a programmed application configured to interact with and exchange data in dedicated network or intranet. Servers within example embodiment system **100** may include, for example, conventional domain and/or security protocols for access and authentication as well as processing capacities to retrieve, deliver, and/or format data for use within example embodiment system **100**. Or, for example, all of example embodiment system **100** may be configured in a single machine, with an internal bus providing communication between various elements. Further, cluster **110** may also include its own data storage capabilities to handle and persist user inquiries and/or create a processed database mirroring in part data from separate MPI **31**.



Example embodiment system **100** may be connected to several health information sources, such as health information exchanges or databases **15***a* and **15***b* compiled by separate states or hospital or insurance networks. As shown in FIG. **2**, second exchange **15***b* may include an intake processor or router **32***b* to which notification engine **114** may provide ADT messages **135** that were originally received and processed (and enhanced with patient information) from exchange **15***a*. In this way, example embodiment systems may further share information and well-associated ADT messages through several different exchanges between which patients may move. As also seen in FIG. **2**, any number of additional clusters X**10** can operate like cluster **110** for these additional exchanges, eventually providing new data from other exchanges **15***b* or otherwise back into router **32***a*.

As shown in FIG. **3**, output engine **114** may include graphical instruction or depictions for portions of GUI **1700** as an endpoint. Output engine **114** may include a server or other interface for a third-party operator of GUI **1700** to connect and output relevant signals for endpoint arrangement. GUI **1700** may display graphical output from output engine **114** in specific fields, surfaces, places, and manners as dictated by cluster **110** and engine **114**. GUI **1700** may include several specific endpoints itself for particular data, including workspace **1701**, input interface **1725**, and graphical charts. Workspace **1701** may render specific data directed to different fields in appropriate forms, such as via drop-down menus, pop-up menus, line or a radio button, text input field etc. for input interface **1725**, into which an operator may enter a query or control command. Based on the query or in response to a satisfied notification parameter provided by the user, output engine **114** returns a response for display on GUI **1700** in an appropriate surface field, such as a graphic or table for numerical data. In this way, numerical data may be rendered in GUI **1700** as interactive tables, graphical data as, alert or notification data as pop-ups or prompt icons updating the tables and charts, etc. Each of these displays may be in separate fields based on their data stream origin and information type, as determined and controlled by data cluster **110** and output engine **114**.

FIG. **3** is an illustration of an example embodiment GUI **1700** showing one screen or collection of fields as different endpoints with origin-specific contents. As seen in FIG. **2**, several navigation sections **1741**, **1742**, **1743**, **1744**, and **1745** may be displayed on a single surface, allowing an operator to select, click, enter, or otherwise navigate to different sections as operator input. FIG. **2** shows example embodiment GUI **1700** with "Care Profile" navigation section **1742** selected with corresponding workspace **1701** graphically displayed on GUI **1700**. In workspace **1701**, search results field **1730** is shown, responsive to on-screen entry in input interface **1725**. Data cluster **110** (FIG. **2**) may direct output engine **114** (FIG. **2**) to return a list of matching search results from a connected memory or data stream for a particular query, including near matches and matches with related and partial data field entry matches, which is selectively displayed in field **1730** as an endpoint, only based on the nature of the returned values. GUI **1700** may also support authentication or operator login operation and iden-

tification through login selection **1750** in order to determine access to particular data streams and contents thereof.

FIG. **4** is an illustration of an example embodiment GUI **1700** showing a next screen or collection of fields as different endpoints with origin-specific contents. As seen in FIG. **4**, upon selection from field **1730** in FIG. **4**, several different expandable profile options **1731** may be displayed for the selection. Another input field **1725** may allow an operator to select which profile options **1731** to display for any particular selection. Each option **1731**, if expanded and/or selected, may display a selective field within GUI **1700** as a particular endpoint controlled by cluster **110** and engine **114**; that is, cluster **110** may select, format, and display contents in an expanded field under a selected option **1731** as an endpoint from only a single associated data stream. Or, for example, an operator may input a "show all" option and "Expand all" option in input field **1725**, displaying GUI **1700** with the screens of FIGS. **4-6**.

As shown in FIG. **5**, example embodiment GUI **1700** may include several different endpoint fields **1734**, **1733**, and **1732**. For example, endpoint field **1732** may graphically display one set of input updated in real-time for a historical period from one source, and endpoint field **1734** may display a static input set from another source operating on potentially different protocols and interfaces. For example, endpoint field **1732** may update with filtered, real-time HL7 signals and messages of a particular type responsive to an operator's parameters for a selected option from FIG. **2**, while endpoint field **1734** may display a table retrieved from an HIE, all based on origin as determined from interfaces and engines of FIG. **2**. A further endpoint field **1733** may display additional results associated with data displayed in field **1732** from yet another stream or source.

As shown in FIG. **6**, a second page of example embodiment GUI **1700** may include further endpoints **1735**, **1736**, and **1737** in workspace **1701**, displaying further contents from different streams that correlate with a selected option. FIG. **7** illustrates a third page continuing endpoint **1737** along with new endpoints **1738** and **1739** each having potentially unique data stream sources updated in real-time. Different pages of FIGS. **5-7** may be viewed by scrolling or clicking "next page" options in example embodiment GUI **1700**.

As seen in FIGS. **3-7**, example embodiment GUI **1700** may display several different pieces of data, notification, and query results in a single graphical user interface with several different fields having related contents aggregated from several different data streams. Some endpoints in GUI **1700**, such as endpoint field **1733**, may be tabular with sortable headings and columns having data drawn from one data stream, and other endpoints, such as chart endpoint **1732**, may be dynamic graphical representations of related data from a different source. In this way, example embodiment network architecture **100** may connect to and interface with several distinct data streams from different owners and operators having related data and aggregate the same into a single GUI **1700**, with different fields being populated based on stream origin, data type, and operator queries or parameters.

FIG. **8** is an illustration of example embodiment GUI **1700** upon selection of navigation section **1743** for "CAliPHR" from FIG. **3**. As seen in FIG. **8**, several analytics panes **1751** and **1752** in FIG. **2** are displayed in workspace **1701**. In the example of FIG. **8**, several different conditions responsive to a time period and provider input through input field **1725** are displayed. Graphical user interface **1700** may display analyzed data created and retrieved by data cluster



**110** from multiple data streams in a single workspace **1701**. Both graphical elements and raw data may be presented in individual panes. For example, for readmissions or other outcomes as a percentage of a selected facility's total population, one pane **1752** may graphically show values associated with a first condition, while another pane **1751** may graphically show values associated with a second condition. As seen in FIG. **8**, one or more display controls **1753** may allow the operator to export underlying data in raw, compressed, or tabulated format as well as add additional filters to display subgroups of panes **1751**, **1752**, etc.

As seen in FIG. **9**, selecting, such as by clicking, on pane **1752** presents an expanded view of additional data associated with the condition, potentially from additional data streams. The user may move through tabs organizing the expanded contents by subject matter as well as interact with tools **1753** to move to next panes, last panes, etc. Similarly, a user may export or save data from expanded view of pane **1752** in example embodiment GUI **1700**.

As shown in FIG. **3**, through navigation selection **1745** for "Report Dashboard" example embodiment GUI **1700** may display third-party reports retrieved from different data streams and display them on the page shown in FIG. **9**, which is an example third-party display page in GUI **1700**. For example, as shown in FIG. **9**, a third-party data stream may offer analysis services with directly output graphical analysis in chart panes **1761** and **1764** as well as tabular data in sortable table pane **1762**, responsive to report selections **1763** activated by a user. Cluster **110** may directly access and output the graphical and tabular elements in GUI **1700** of FIG. **10** through an appropriate interface that interacts with the third-party service providing the graphics and tables. In this way, example embodiment architecture **100** (FIG. **2**) may provide for a singular GUI **1700** with direct third-party applications and outputs as a workspace **1701**.

As seen in FIGS. **3-10**, example embodiment network architecture **100** of FIG. **2** may thus gather and discriminate among several different types and number of data streams **35/36** providing dynamic or static data under several different operating standards and protocols, adapt the same for a single-stream output through output engine **114**, and display the various pieces of data, analysis thereof, graphical elements, and tabular values in a single GUI **1700** with user-friendly, navigable interfaces on a screen or through an operator input device. Different types of data from different sources may be populated into different on-screen fields based on their origin as determined by data cluster **110**. Moreover, analysis, filtering, and other data handling of potentially otherwise separately owned and operated information can be graphically gathered together on GUI **1700** for comprehensive analysis by an operator.

Signals including data for selective endpoint display, in each of the network components, means, modules, mechanisms, units, devices etc. of example network architecture **100** may be 'encrypted' and suitably 'decrypted' when required. Encryption can be accomplished using any encryption technology, such as the process of converting digital information into a new form using a key or a code or a program, wherein the new form is unintelligible or indecipherable to a user or a thief or a hacker or a spammer. The term 'encryption' includes encoding, compressing, or any other translating of the digital content. The encryption of the digital media content can be performed in accordance with any technology including utilizing an encryption algorithm. The encryption algorithm utilized is not hardware dependent and may change depending on the digital content. For example, a different algorithm may be utilized for different

websites or programs. The term 'encryption' further includes one or more aspects of authentication, entitlement, data integrity, access control, confidentiality, segmentation, information control, and combinations thereof.

Example embodiment network architecture **100** can be made accessible through a portal or an interface which is a part of, or may be connected to, an internal network or an external network, such as the Internet or any similar portal. The portals or interfaces are accessed by one or more of users through an electronic device, whereby the user may send and receive signals to the portal or interface which gets stored in at least one memory device or at least one data storage device or at least one server. The configuration described herein may be optionally executed from functional data structures on one or more of a non-transitory, computer readable medium, in relation with, and in combination with such pieces of hardware. Such executable configurations may manifest as a website, an executable software program, or a software application. A non-transitory, computer readable medium may comprise media such as magnetic storage medium (e.g., hard disk drives, floppy disks, tape, etc.), optical storage (CD-ROMs, DVDs, optical disks, etc.), volatile and non-volatile memory devices (e.g., EEPROMs, ROMs, PROMs, RAMs, DRAMs, SRAMs, Flash Memory, firmware, programmable logic, etc.), etc. The code implementing the described operations may further be implemented in hardware logic (e.g., an integrated circuit chip, Programmable Gate Array (PGA), Application Specific Integrated Circuit (ASIC), etc.).

An operator may provide user input through any suitable input device or input mechanism such as but not limited to a keyboard, a mouse, a joystick, a touchpad, a virtual keyboard, a virtual data entry user interface, a virtual dial pad, a software or a program, a scanner, a remote device, a microphone, a webcam, a camera, a fingerprint scanner, a cave, pointing stick, etc. Communicative connections and control among network structures may use Bluetooth, Wi-Fi, Wimax, near-field communications, optical signals, etc.

Actions throughout example embodiment network architectures may include user authentication, data verification, privacy controls, and/or content screening. This will also extend to use an authentication key or access key or electronic device based unique key or any combination thereof. In this way, one or more operators can be blocked or denied access to one or more of the aspects of the invention. For example, operators may never be provided with identifying information of the one another, such that a party creating entries in a data stream and/or a party consuming the same through GUI **1700** may remain anonymous to the other. Data may be encrypted and not retained at one or all points in example methods, such that there may be no discoverable record of signals from data streams **131**, independent media, origin and/or limitation information in regard to such content, existence, performance, etc. As to verification, example methods may take advantage of an operator login model requiring user authentication with a password over a secured connection and/or using operating-system-native security control and verification on communications devices, to ensure only verified, permitted operators gain access. Example embodiment network architectures may also require payment verification, such as credit card or bank account authentication, to verify identity and/or ability to pay before allowing access and may use location and input verification available through operating system controls or other network functionalities, potentially in combination with user feedback, to prevent or punish location spoofing, user account compromising, bot access, and/or harassment or waste.



Example methods and embodiments thus being described, it will be appreciated by one skilled in the art that example embodiments may be varied through routine experimentation and without further inventive activity. For example, subscribers are described as providing subscriber parameters to define the parameters of their information delivery service, it is understood that subscriber parameters may be automatically received in example embodiment networks for any subscriber through default options, a controlling ruleset, or through other controlling subscribers as described in US Pat Pub 2014/0278537 to Antony et al., incorporated by reference herein in its entirety. Variations are not to be regarded as departure from the spirit and scope of the exemplary embodiments, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

Example methods and embodiments thus being described, it will be appreciated by one skilled in the art that example embodiments may be varied through routine experimentation and without further inventive activity. Variations are not to be regarded as departure from the spirit and scope of the exemplary embodiments, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

**1**. A network connected between a plurality of parallel streams and users to condition and route the streams, the network comprising:

a protocol interface connected to the plurality of streams, wherein the plurality of streams operate on different protocols and include at least one Health Level 7 (HL7) Admit Discharge Transfer message (ADT) stream, wherein the protocol interface is configured for different protocols including HL7;

an intake interface configured to receive parameters for network operation on the plurality of streams from a plurality of users separate from the plurality of streams; and

a processor and memory coupled to the intake interface and protocol interface, wherein the memory includes instructions that when executed by the processor, cause the processor to,

limit flow of the plurality of streams to a receiving user of the plurality users to only an HL7 ADT or a portion of the HL7 ADT, wherein the HL7 ADT or the portion of the HL7 ADT complies with the parameters for network operation for the receiving user, wherein the limiting is executed in real-time with the streams.

**2**. The network of claim **1**, wherein the instructions further cause the processor to,

format the HL7 ADT or the portion of the HL7 ADT in appearance and/or timing based on the parameters for network operation for the receiving user.

**3**. The network of claim **1**, wherein the instructions further cause the processor to,

combine information only from the parameters for network operation for the receiving user into the HL7 ADT or the portion of the HL7 ADT.

**4**. The network of claim **1**, wherein the HL7 ADT or the portion of the HL7 ADT complies with the parameters when a patient identity in the parameters matches a patient identity in the HL7 ADT.

**5**. The network of claim **1**, wherein the plurality of streams are controlled and operated by different entities in different locations.

**6**. The network of claim **1**, wherein the instructions further cause the processor to,

dispose of all non-HL7 ADT information from the streams.

**7**. The network of claim **1**, wherein instructions further cause the processor to,

aggregate information from the parameters into HL7 information from the streams when the information from the parameters corresponds to the HL7 information from the streams.

**8**. The network of claim **1**, wherein instructions further cause the processor to,

write information from the parameters to a data source of at least one of the streams for storage in the data source, wherein the information from the parameters includes information not previously stored in the data source.

**9**. The network of claim **8**, wherein the data source is a regional exchange networked and storing data among several providers.

**10**. The network of claim **1**, wherein the instructions further cause the processor to,

dispose of errors and duplicate information in the HL7 ADT or the portion of the HL7 ADT.

**11**. The network of claim **1**, wherein the instructions further cause the processor to,

add additional information not received from the plurality of streams to the flow to the receiving user.

**12**. A network connected between a plurality of parallel streams and users to enhance the streams, the network comprising:

a protocol interface connected to the plurality of streams, wherein the plurality of streams operate on different protocols and include at least one Health Level 7 (HL7) Admit Discharge Transfer message (ADT) stream, wherein the protocol interface is configured for different protocols including HL7;

an intake interface configured to receive parameters for network operation on the plurality of streams from a plurality of users separate from the plurality of streams; and

a processor and memory coupled to the intake interface and protocol interface, wherein the memory includes instructions that when executed by the processor, cause the processor to,

write patient-identifying information associated with a patient from the parameters to a data source of at least one of the streams for storage in the data source, wherein the information from the parameters includes information not previously stored in the data source.

**13**. The network of claim **12**, wherein the data source is a regional exchange networked and storing data among several providers.

**14**. The network of claim **12**, wherein the instructions further cause the processor to,

limit flow of the plurality of streams to a receiving user of the plurality users to only an HL7 ADT or a portion of the HL7 ADT, wherein the HL7 ADT or the portion of the HL7 ADT complies with the parameters for network operation for the receiving user, wherein the limiting is executed in real-time with the streams.



**15**. The network of claim **14**, wherein the instructions further cause the processor to,

format the HL7 ADT or the portion of the HL7 ADT in appearance and/or timing based on the parameters for network operation for the receiving user.

**16**. The network of claim **14**, wherein the instructions further cause the processor to,

combine information only from the parameters for network operation for the receiving user into the HL7 ADT or the portion of the HL7 ADT.

**17**. The network of claim **14**, wherein the HL7 ADT or the portion of the HL7 ADT complies with the parameters when a patient identity in the parameters matches a patient identity in the HL7 ADT.

**18**. The network of claim **14**, wherein the instructions further cause the processor to,

dispose of all non-HL7 ADT information from the streams.

**19**. The network of claim **12**, wherein the plurality of streams are controlled and operated by different entities in different locations.

**20**. A network, comprising:

a protocol interface connected to receive a plurality of streams from a plurality of sources including hospitals, wherein the plurality of streams are configured using different communication protocols and include at least one Health Level 7 (HL7) Admit Discharge Transfer message (ADT) stream, wherein the protocol interface is configured to accept different protocols including HL7;

an intake interface configured to receive at least one parameter relating to events and/or information on the plurality of streams from each of a plurality of users separate from the plurality of streams; and

a processor and memory coupled to the intake interface and protocol interface, wherein the memory includes instructions that when executed by the processor, cause the processor to,

limit flow of the plurality of streams in real time to a receiving user of the plurality users to only at least a portion of the HL7 ADT, wherein the at least a portion of the HL7 ADT complies with the at least one parameter for the receiving user.

**21**. The network of claim **20**, wherein the at least one parameter limits the plurality of streams to those streams that only include a particular healthcare patient that has an issue relating to the field of practice of the receiving user.

**22**. The network of claim **20**, wherein the instructions further cause the processor to,

further limit flow of the plurality of streams based on patient-identifying information from a roster maintained in the memory that includes a plurality of client parameters.

* * * * *