# EXHIBIT D

# Introduction to HL7 Standards

HL7 and its members provide a framework (and related standards) for the exchange, integration, sharing, and retrieval of electronic health information. These standards define how information is packaged and communicated from one party to another, setting the language, structure and data types required for seamless integration between systems. HL7 standards support clinical practice and the management, delivery, and evaluation of health services, and are recognized as the most commonly used in the world. For more information about the HL7 standards process, please read Understanding the Standards Process.

HL7 standards are grouped into reference categories:

**Section 1: Primary Standards** - Primary standards are considered the most popular standards integral for system integrations, inter-operability and compliance. Our most frequently used and in-demand standards are in this category.

**Section 1a: Clinical Document Architecture (CDA®)** - Clinical Document Architecture (CDA®) Products

**Section 1b: EHR - Electronic Health Records** - These standards provide functional models and profiles that enable the constructs for management of electronic health records.

**Section 1c: FHIR®–Fast Health Interop Resources** - FHIR® – Fast Health Interop Resources

**Section 1d: Version 2 (V2)** - Version 2 (V2)

**Section 1e: Version 3 (V3)** - HL7 Version 3 (V3) - a suite of specifications based on HL7's Reference Information Model (RIM)

## HL7 Standards Licensed At No Cost

Health Level Seven International is proud to announce that our primary standards and other select products are now licensed at no cost. Learn More >

## Adopted HL7 Standards

HL7 Standards Referenced in US Regulations

HL7 ANSI Approved Standards

ISO Approved HL7 Standards

## STU & RIM

In addition to the American National Standards, HL7 makes available a number of Standards for Trial Use (STU)

Looking for the Reference Information Model (RIM)?

## Show the world you have standards

Get V2, CDA, and V3 Certification to show the world you have standards!

A16

**Section 1f: Arden Syntax** - The Arden Syntax is a formalism for representing procedural clinical knowledge in order to facilitate the sharing of computerized health knowledge bases among personnel, information systems and institutions.

**Section 1g: CCOW** - HL7 Clinical Context Management Specification (CCOW) is aimed at facilitating the integration of applications at the point of use, as a standard for both internal applications programming and runtime environment infrastructure that complements HL7's traditional emphasis on data interchange and enterprise workflow.



After you've completed your certification, don't forget to download your digital badge at BadgeList

**Section 1h: Cross-paradigm/Domain Analysis Models** - Cross-paradigm/ Logical Level Standards e.g. Domain Analysis Models

**Section 2: Clinical and Administrative Domains** - Messaging and document standards for clinical specialties and groups are found in this section. These standards are usually implemented once primary standards for the organization are in place.

**Section 3: Implementation Guides** - This section is for implementation guides and/or support documents created to be used in conjunction with an existing standard. All documents in this section serve as supplemental material for a parent standard.

**Section 4: Rules and References** - Technical specifications, programming structures and guidelines for software and standards development.

All HL7 Standards can also be located by other classifications such as ANSI/ISO/HITSP approval and various search variables in our Master Grid.

HL7 encompasses the complete life cycle of a standards specification including the development, adoption, market recognition, utilization, and adherence. Please refer to our IP Policy for more information about how members and non-members can use the standards.

For information on how to use HL7's FHIR Trademarks that are consistent with our common mission, please refer to our FHIR Trademark Policy.

As of 2016 May, the HL7 Governance and Operations Manual (GOM) was updated to reflect the naming of Standards for Trial Use. Prior to this time the term "Draft Standards for Trial Use" was in effect. You will see both DSTU and STU naming reflected in the listings of Trial Use Standards. Over the course of several years the trial periods on the older DSTU will expire and new STU are published.

**A17**

- Platform
- Backend
- HL7
- Learn
- Blog
- Log in

**Catalyze HL7 Integration**

**We take care of the burden so you can focus on your product.**

Learn more about our HL7 Integration

## HL7 201 - The Admission, Discharge, Transfer (ADT) message

## HL7 201: The Admission, Discharge, Transfer (ADT) message

The ADT message is one of the most common messages in HL7. It covers a lot of use cases such as admissions, cancellation of admits, merging of patient data etc. This is the reason why there is such a long list of possible events / message types that could be sent. The full list for the HL7 v2.3.1 is shown below.

| Segment ID | Description |
|---|---|
| A01 | Admit/visit notification |
| A02 | Transfer a patient |
| A03 | Discharge/end visit |
| A04 | Register a patient |
| A05 | Pre-admit a patient |
| A06 | Change an outpatient to an inpatient |
| A07 | Change an inpatient to an outpatient |
| A08 | Update patient information |
| A09 | Patient departing - tracking |
| A10 | Patient arriving - tracking |
| A11 | Cancel admit/visit notification |
| A12 | Cancel transfer |
| A13 | Cancel discharge/end visit |
| A14 | Pending admit |
| A15 | Pending transfer |
| A16 | Pending discharge |
| A17 | Swap patients |
| A18 | Merge patient information |
| A19 | QRY/ADR - Patient query |
| A20 | Bed status update |
| A21 | Patient goes on a "leave of absence" |
| A22 | Patient returns from a "leave of absence" |
| A23 | Delete a patient record |
| A24 | Link patient information |
| A25 | Cancel pending discharge |
| A26 | Cancel pending transfer |
| A27 | Cancel pending admit |
| A28 | Add person information |
| A29 | Delete person information |
| A30 | Merge person information |
| A31 | Update person information |
| A32 | Cancel patient arriving - tracking |
| A33 | Cancel patient departing - tracking |
| A34 | Merge patient information - patient I |
| A35 | Merge patient information - account only |
| A36 | Merge patient information - patient ID and account number |
| A37 | Unlink patient information |
| A38 | Cancel pre-admit |
| A39 | Merge person - patient ID |
| A40 | Merge patient - patient identifier list |
| A41 | Merge account - patient account num |
| A42 | Merge visit - visit number |
| A43 | Move patient information - patient identifier list |
| A44 | Move account information - patient account number |
| A45 | Move visit information - visit number |
| A46 | Change patient ID |
| A47 | Change patient identifier list |
| A48 | Change alternate patient ID |
| A49 | Change patient account number |
| A50 | Change visit number |
| A51 | Change alternate visit ID |

**A19**

In case you're wondering why we always use the v2.3 or v2.3.1 for examples - it's just that the 2.3 and 2.3.1 standards are the most widely implemented standard accounting for well over 80% of deployments. So if you know these two well, you're in pretty good shape. Additionally, except for v3.0, all subsequent HL7 versions are backwards compatible. What you can expect from later versions is more message types, more segments and more codes - and some being retired, of course.

I've always felt that the best way to learn is by doing. So, we'll start with a message that we want to send and see how we can encode and construct that message in HL7.

## The message to be sent

As another side note, the examples we'll use throughout will be inpatient oriented as outpatient HL7 messages are identical in nature and simpler to boot. Let's take the simple case of an admission into a hospital. In the case of an admit - you would need to know the name of the patient and some demographics like date or birth, gender,any next of kin and their info in case there are any significant problems, an identifier like an MRN, where they were admitted into (room, bed), who was the attending physician who signed off on the admit, and the reason for the admit. So the message you would want to perhaps send from an ADT system to say a Lab system could be (in plain English) - "Patient (John A Appleseed) was admitted on Jan 1, 2013 at 12:23 a.m. by Dr Sidney J. Good (#004777) for surgery. He has been assigned to room 2012, bed 01 on nursing unit 2000."

One thing, we can know immediately looking at the table above that this would be an ADT-A01 message.

## The mandated structure of the ADT-A01 message

So, as we discussed in [the earlier HL7 102: Anatomy of an HL7 message post], HL7 recommends / mandates that messages follow a specific structure. For the ADT-A01 message type, the structure is as shown in the image below.

| ADT | ADT Message |
|---|---|
| MSH | Message Header |
| EVN | Event Type |
| PID | Patient Identification |
| [ { NK1 } ] | Next of Kin |
| PV1 | Patient Visit |
| [ PV2 ] | Patient Visit - Additional Info |

A20

Case 1:25-cv-02264-JRR Document 28-7 Filed 10/06/25 Page 6 of 11

```
[ { OBX } ]        Observation/Result
[ { AL1 } ]        Allergy Information
[ { DG1 } ]        Diagnosis Information
[ { PR1 } ]        Procedures
[ { GT1 } ]        Guarantor Information
[
  { IN1                 Insurance Information
  [ IN2 ]               Insurance Information - Addit. Info.
  [ IN3 ]               Insurance Information - Cert.
  }
]
[ ACC ]                 Accident Information
[ UB1 ]                 Universal Bill Information
[ UB2 ]                 Universal Bill 92 Information
```

(*source - HL7 v2.3 implementation guide*).

Looking at the structure, we can guess that the segments we will need are:

- MSH: the message header (required everywhere)
- EVN: indicating the event that happened (in this case the admission of the patient)
- PID: the patient identification segment. Note that demographics can be included within the PID segment itself
- NK1: next of kin (which is always good to know in a hospital context in case something goes wrong)
- PV1: information about the patient “visit” - this is where you would include the physician info and the current location of the patient.
- Since an image is worth a thousand words, I’ll try and illustrate the process using images rather than a lot of words. I’m not going to give you the mapping tables etc. as I’m pretty sure the HL7 licensing agreements might prohibit sharing outside our org. It’s easily downloadable from the HL7 website. One quick tip before we begin - in most HL7 messages the pipe character “|” is called the BAR and it is the field separator and in the case of this message, we’re going to use the “^” as a space. So if you see a bunch of pipes together like this “||||||||” - all that means is that the fields at that point in the sequence were optional or not available. Also remember that segments are separated by a carriage return - which cannot be displayed as any and all viewers will interpret that for display.

### The MSH segment

If you wanted to mail someone an important letter, you need to specify the from and to addresses and you may sign up for delivery confirmation. That corresponds almost exactly to the first and common segment across all HL7 messages - the MSH (message header) segment. The figure below shows the needed fields that need to be populated in an MSH segment and the values filled in for those fields. We’ve also assumed here that the system sending the update is an Epic ADT system and it’s being sent to a Lab system.




A21




Now, if we lookup the mapping tables, we can easily fill in the MSH segment with information (after coding it appropriately) to get the following HL7 encoded MSH message segment.

```
MSH|^~\&|EPICADT|DH|LABADT|DH|201301011226||ADT^A01|HL7MSG00001|P|2.3|
```

### The EVN segment

Similarly in the case of the EVN segment, the figure below shows the data needed and the data we have.




. Following the same process of looking up the mapping tables and encoding, gives us this HL7 encoded EVN message segment

```
EVN|A01|201301011223||
```

### The PID segment

The PID segment contains more info such as the full name of the patient etc. Which requires the use of a space and newlines. This is where the other control characters come into play, namely the “” symbol. What we need to send, and the data we have, are as follows:



. And following the process above and encoding the data (in this case for example, “male” becomes “M”), we get the following encoded segment.

```
PID|||MRN12345^5^M11||APPLESEED^JOHN^A^III||19710101|M||C|1^CATALYZE STREET^^MADISON^WI^53005-1020|GL|(414)379-1212|(414)271-3434||S||MRN12345001^2^M10|123456789|987654^NC|
```

**The NK1 segment**

What we need to send and what we have is this:




and we get this:

```
NK1|1|APPLESEED^BARBARA^J|WIFE||||||NK^NEXT OF KIN
```

**The PV1 segment**

This:




and we get this:

```
PV1|1|I|2000^2012^01||||004777^GOOD^SIDNEY^J.|||SUR||||ADM|A0|
```

## Putting it all together

Now that we’ve generated the individual segments, we need to put them together. In the earlier section on message structure, you’d have seen the required sequence to be followed. So - we do that and voila! - the full HL7 ADT-A01 message (without the carriage returns)

**A23**

```
MSH|^~\&|EPICADT|DH|LABADT|DH|201301011226||ADT^A01|HL7MSG00001|P|2.3|
EVN|A01|201301011223||
PID|||MRN12345^5^M11||APPLESEED^JOHN^A^III||19710101|M||C|1 CATALYZE STREET^^MADISON^WI^53005-1020|GL|(414)379-1212|(414)271-3434||S||MRN12345001^2^M10|123456789|987654^NC|
NK1|1|APPLESEED^BARBARA^J|WIFE||||||NK^NEXT OF KIN
PV1|1|I|2000^2012^01||||004777^GOOD^SIDNEY^J.|||SUR||||ADM|A0|
```

Painful, isn't it? Well, Catalyze can help! Catalyze offers a compliant, hosted data integration platform for HL7. If you're looking to integrate EHR data with your application without becoming an HL7 expert, learn more about our hosted, HIPAA-compliant HL7 integration platform here.

As always, we welcome feedback and questions.

### Catalyze HL7 Integration

**We take care of the burden so you can focus on your product.**

Learn more about our HL7 Integration

# Company

- Team
- Our Story
- Legal
- Careers
- Blog

# Products

- Backend
- Platform
- Catalyze Status
- Documentation
- API Guide
- Support

# HIPAA

- 
- Training
- HIPAA
- Compliance

# Contact

- Call us at 888.377.3184
- hello@catalyze.io
- Twitter

111 South Hamilton Street #30
Madison, WI 53703

Catalyze, Inc, offers compliant cloud-based software for healthcare. Our HIPAA compliant platform and API simplify app development, deployment, and management.

© Catalyze, Inc. 2014

A24

HL7 International



## Section 1e: Version 3 (V3)
## Section 2: Clinical and Administrative Domains

# HL7 Version 3 Standard: Patient Administration (also known as ADT - Admit, Discharge, and Transfer; Encounter Management; Administrative Registries)

### DESCRIPTION

The Patient Administration standard defines the requirements and specifications to support the interoperability among clinical and non-clinical systems regarding patient encounters and administrative registries.

### ALTERNATIVE NAMES

HL7 Version 3 Standard: Patient Administration (also known as ADT - Admit, Discharge, and Transfer; Encounter Management; Administrative Registries) may also go by the following names or acronyms:

> *"V3: Patient Administration; Patient Encounter, R1", "HL7 Version 3 Standard: Patient Administration, DSTU Release 2; Person Registry Enhancement, Release 1", "V3: Patient Administration, R1", "V3: Patient Administration: Encounter Topics R2, DSTU R1", PA*

### TARGETS

- Healthcare Providers
- Healthcare Payors

### BENEFITS

- Enables ability to identify requirements and provides specifications for exchanging demographic and administrative data for patients, persons, service delivery locations and patient encounters
- Enables exchange of administrative data to describe resources, their availability, [for example, represented by schedules or by status], and regulatory topics such as licensing and credentialing information about individuals, animals, organizations and devices directly or indirectly involved in the delivery of healthcare services
- Identifies requirements and provides specifications regarding the dynamic behaviors involved in requests and their fulfillment

### IMPLEMENTATIONS/CASE STUDIES

**A26**

- Helse Vest, Norway
- CSC Scandihealth, Denmark (encounter management)

## DEVELOPMENT BACKGROUND

Patient Administration, also known as Admit, Discharge and Transfer (ADT), supports many of the core administrative functions in healthcare such as person and patient registration and encounter management. Information is entered into a Patient or Person Registry or into a Patient Administration system, and then passed to other systems (e.g., other registries, clinical, ancillary and financial systems).

## RELATED DOCUMENTS

- HL7 Version 3 Standard: Patient Administration (also known as ADT - Admit, Discharge, and Transfer; Encounter Management; Administrative Registries)
- HL7 Version 3 Standard: Patient Administration, Person Registry, Release 1 **(View Brief)** **(Download)** *(190.23 M*
- HL7 Version 3 Standard: Patient Administration; Patient Encounter, Release 1 **(View Brief)** **(Download)** *(113.98 M*
- HL7 Version 3 Standard: Patient Administration; Patient Registry, Release 1 **(View Brief)** **(Download)** *(182.53 M*
- HL7 Version 3 Standard: Registries; Real Time Location Tracking, Release 1 **(View Brief)** **(Download)** *(8.29 MB)*

## TOPIC

Patient Administration

## BALLOT TYPE

DSTU

Normative

## STATUS DATE

2016-01-22

## RESPONSIBLE WORK GROUP

**Patient Administration**

**A27**