# EXHIBIT I

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4857717

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| BILL HOWARD | 02/25/2018 |
| PAUL CAHILL | 02/20/2018 |
| SANDEEP ANTONY | 02/14/2018 |
| SCOTT AFZAL | 02/16/2018 |
| DAVID HORROCKS | 02/14/2018 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | AUDACIOUS INQUIRY |
| **Street Address:** | 5523 RESEARCH PARK DRIVE |
| **City:** | CATONSVILLE |
| **State/Country:** | MARYLAND |
| **Postal Code:** | 21227 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Application Number:** | 15808887 |

**CORRESPONDENCE DATA**

**Fax Number:** (571)732-1878

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 571-335-7300
**Email:** office@alleylegal.com
**Correspondent Name:** RYAN ALLEY IP (GENERAL DOCKET)
**Address Line 1:** P.O. BOX 87
**Address Line 4:** ALEXANDRIA, VIRGINIA 22313

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 3.0020.1 |
| **NAME OF SUBMITTER:** | RYAN E. ALLEY |
| **SIGNATURE:** | /Ryan Alley/ |
| **DATE SIGNED:** | 03/08/2018 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |
| **Total Attachments: 7** | |

source=2018-03-08DecAssign#page1.tif
source=2018-03-08DecAssign#page2.tif
source=2018-03-08DecAssign#page3.tif
source=2018-03-08DecAssign#page4.tif
source=2018-03-08DecAssign#page5.tif
source=2018-03-08DecAssign#page6.tif
source=2018-03-08DecAssign#page7.tif

# COMBINED DECLARATION AND GLOBAL ASSIGNMENT FOR PATENT APPLICATION

As the below named inventors, we hereby declare that:

This declaration and assignment are directed to:

**NETWORK ARCHITECTURE FOR MULTIPLE DATA STREAM MANAGEMENT AND ENDPOINT VISUALIZATION**

United States patent application number __15/808,887____ filed on _11/09/17______.
(We hereby authorize and request the Company or its delegated attorneys or agents to insert above the application number and filing date of the application when known.)

The above-identified application was made or authorized to be made by us.

We believe that we are the original joint inventors of a claimed invention in the application.

We hereby acknowledge that any willful false statement made in this declaration is punishable under 18 USC § 1001 by fine or imprisonment of not more than five (5) years, or both.

In accordance with our obligation(s) under the Agreement for the Acquisition of CRISP's Encounter Notification Service, under conditions for employment with Company, for our continued employment with Company, and/or for other good and valuable consideration of which we acknowledge receipt, we,

| Inventor First Name | Inventor Last Name | | Residence Town | Residence State | Residence Country |
|---|---|---|---|---|---|
| Bill | Howard | of | Denver | CO | US |
| Paul | Cahill | of | North Easton | MA | US |
| Sandeep | Antony | of | Columbia | MD | US |
| Scott | Afzal | of | Washington | DC | US |
| David | Horrocks | Of | Baltimore | MD | US |

hereby sell and assign to:

| | |
|---|---|
| Name of Company: | Audacious Inquiry |
| Entity Type: | Limited Liability Company |
| Address: | 5523 Research Park Drive, #370, Catonsville, MD 21227 |

herein referred to as "Company," its successors and assigns, our entire respective rights, titles and interests (if any) in and to the invention(s) and improvement(s) made and conceived by us described in the application(s) listed in the following table:

| Country of Filing | Type of Filing | Application Number | Filing Date | Title |
|---|---|---|---|---|
| US | Nonprovisional Utility | 15808887 | 09-NOV-2017 | NETWORK ARCHITECTURE FOR MULTIPLE DATA STREAM MANAGEMENT AND ENDPOINT VISUALIZATION |

(We hereby authorize and request the Company or its delegated attorneys or agents to insert above the application number and filing date of the application(s) when known)

and any and all applications for patent and patents therefrom in any and all countries, including all divisions, continuations, reexaminations and reissues thereof, and all rights of priority resulting from the filing of the application(s), and authorize and request any official whose duty it is to issue patents, to issue any patent on the inventions and improvements resulting therefrom to the Company, or its successors or assigns, and agree that on request and without further consideration, we will communicate to the Company or its representatives or nominees any facts known to us respecting the inventions and improvements and testify in any legal proceeding for, sign all lawful papers for, refrain from bringing any validity challenge against or from acting in any manner that may support an invalidity challenge with respect to, execute all divisional, continuation, reexamination and reissue applications for, and make all rightful oaths and generally do everything possible to aid the Company, its successors, assigns, and nominees to obtain and enforce, proper patent protection for the invention and its improvements in all countries.

INVENTOR 1

Signature: Bill Howard Date: 25 FEB 2018
**Bill Howard**

Witnessed by: Carolyn C Howard Date: 2/26/18
Signature

CAROLYN C. HOWARD
Printed Name of Witness

Witnessed by: Eliza Howard Date: 2/26/18
Signature

ELIZA HOWARD
Printed Name of Witness

**SECTION BELOW IS FOR USE ONLY IF SIGNING IN PRESENCE OF A NOTARY**

Bill Howard Date: ____________

Inventor Name

STATE OF

ss.

COUNTY OF

This ________ day of ____________________, ________ before me personally came the above-named **Bill Howard**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________________ (Notary Public)

INVENTOR 2

Signature: ____________________ Date: 20-Feb-2018
**Paul Cahill**

Witnessed by: ____________________ Date: 20 Feb 2018
Signature

Jonas Longer
Printed Name of Witness

Witnessed by: ____________________ Date: 2/20/18
Signature

Brian Harris
Printed Name of Witness

**SECTION BELOW IS FOR USE ONLY IF SIGNING IN PRESENCE OF A NOTARY**

Paul Cahill ____________________ Date: ____________________

Inventor Name

STATE OF

COUNTY OF ss.

This ______ day of ____________________, ______ before me personally came the above-named **Paul Cahill**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

____________________________________________
(Notary Public)

INVENTOR 3

Signature: ______________________ Date: 02/14/2018
**Sandeep Antony**

Witnessed by: ______________________ Date: 02/14/2018
Signature

RICHARD JOHNSON
Printed Name of Witness

Witnessed by: ______________________ Date: 2/14/18
Signature

JACOB LAMBERT
Printed Name of Witness

**SECTION BELOW IS FOR USE ONLY IF SIGNING IN PRESENCE OF A NOTARY**

Sandeep Antony ______________________ Date: ______________________

Inventor Name

STATE OF

ss.

COUNTY OF

This ________ day of ____________________, ________ before me personally came the above-named **Sandeep Antony**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________________________ (Notary Public)

INVENTOR 4

Signature: [signature] Date: 2-16-18
Scott Afzal

Witnessed by: [signature] Date: 2/16/18
Signature

Christyle Bandt
Printed Name of Witness

Witnessed by: [signature] Date: 2/16/18
Signature

Jacob Lamberger
Printed Name of Witness

**SECTION BELOW IS FOR USE ONLY IF SIGNING IN PRESENCE OF A NOTARY**

Scott Afzal Date: ____________

Inventor Name

STATE OF

COUNTY OF ss.

This ________ day of ________________, ________ before me personally came the above-named **Scott Afzal**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

________________________________________

(Notary Public)

INVENTOR 5

Signature: ______________ Date: 2/14/18
**David Horrocks**

Witnessed by: ______________ Date: ______________
Signature

______________
Printed Name of Witness

Witnessed by: ______________ Date: ______________
Signature

______________
Printed Name of Witness

**SECTION BELOW IS FOR USE ONLY IF SIGNING IN PRESENCE OF A NOTARY**

David Horrocks ______________ Date: 2/14/18

Inventor Name

STATE OF

ss.

COUNTY OF

This 14th day of February, 2018 before me personally came the above-named **David Horrocks**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

Commission # 32763/199599
Exp 10/2/2019

*Seal* ______________ (Notary Public)