# EXHIBIT J

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT2887822

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DAVID HORROCKS | 06/05/2014 |
| SCOTT AFZAL | 06/05/2014 |
| YEDONG TANG | 06/06/2014 |
| SANDEEP ANTONY | 05/24/2014 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | AUDACIOUS INQUIRY |
| **Street Address:** | 5523 RESEARCH PARK DRIVE |
| **Internal Address:** | SUITE 370 |
| **City:** | CATONSVILLE |
| **State/Country:** | MARYLAND |
| **Postal Code:** | 21227 |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number |
|---|---|
| **Application Number:** | 14189225 |
| **Application Number:** | 14189306 |

**CORRESPONDENCE DATA**

**Fax Number:** (571)732-1878

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 571-335-7300
**Email:** office@alleylegal.com
**Correspondent Name:** RYAN ALLEY INTELLECTUAL PROPERTY LAW
**Address Line 1:** PO BOX 3698
**Address Line 4:** ARLINGTON, VIRGINIA 22203

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 3.0002.1, 3.0004.1 |
| **NAME OF SUBMITTER:** | RYAN E. ALLEY |
| **SIGNATURE:** | /Ryan Alley/ |
| **DATE SIGNED:** | 06/06/2014 |

**Total Attachments: 7**
source=AINQGlobalAssign#page1.tif

source=AINQGlobalAssign#page2.tif
source=AINQGlobalAssign#page3.tif
source=AINQGlobalAssign#page4.tif
source=AINQGlobalAssign#page5.tif
source=AINQGlobalAssign#page6.tif
source=AINQGlobalAssign#page7.tif

# GLOBAL ASSIGNMENT FOR PATENT APPLICATIONS

As the below named inventors, we hereby declare that:

In accordance with our obligation(s) under the Agreement for the Acquisition of CRISP's Encounter Notification Service, under conditions for employment with Company, for our continued employment with Company, and/or for other good and valuable consideration of which we acknowledge receipt, we,

| Inventor First Name | Inventor Last Name | | Residence Town | Residence State | Residence Country |
|---|---|---|---|---|---|
| Sandeep | Antony | of | Columbia | MD | US |
| Scott | Afzal | of | Washington | DC | US |
| David | Horrocks | of | Baltimore | MD | US |
| Yedong | Tang | of | Columbia | MD | US |
| Christopher | Brandt | of | Baltimore | MD | US |

hereby sell and assign to:

| | |
|---|---|
| Name of Company: | Audacious Inquiry |
| Entity Type: | Limited Liability Company |
| Address: | 5523 Research Park Drive, #370, Catonsville, MD 21227 |

herein referred to as "Company," its successors and assigns, our entire respective rights, titles and interests (if any) in and to the invention(s) and improvement(s) made and conceived by us described in the application(s) listed in the following table:

| Country of Filing | Type of Filing | Application Number | Filing Date | Title |
|---|---|---|---|---|
| US | Nonprovisional Utility | 13/844,332 | 2013-03-15 | NETWORK-BASED SYSTEMS AND METHODS FOR MANAGING HEALTHCARE INFORMATION |
| US | Nonprovisonal Utility | 14/142,625 | 2013-12-27 | NETWORK-BASED SYSTEMS AND METHODS FOR MANAGING HEALTHCARE INFORMATION |

| | | | | |
|---|---|---|---|---|
| US | Nonprovisional Utility | 14/189,225 | 2014-02-25 | NETWORK-BASED SYSTEMS AND METHODS FOR EFFICIENT FILTERING AND ROUTING OF HEALTHCARE INFORMATION |
| US | Nonprovisional Utility | 14/189,278 | 2014-02-25 | NETWORK-BASED SYSTEMS AND METHODS FOR PROCESSING HEALTHCARE INFORMATION DIRECTLY FROM PROVIDERS |
| US | Nonprovisional Utility | 14/189,306 | 2014-02-25 | NETWORK-BASED SYSTEMS AND METHODS FOR META-ANALYSIS OF HEALTHCARE INFORMATION |

and any and all applications for patent and patents therefrom in any and all countries, including all divisions, continuations, reexaminations and reissues thereof, and all rights of priority resulting from the filing of the application(s), and authorize and request any official whose duty it is to issue patents, to issue any patent on the inventions and improvements resulting therefrom to the Company, or its successors or assigns, and agree that on request and without further consideration, we will communicate to the Company or its representatives or nominees any facts known to us respecting the inventions and improvements and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, reexamination and reissue applications, make all rightful oaths and generally do everything possible to aid the Company, its successors, assigns, and nominees to obtain and enforce proper patent protection for the invention and its improvements in all countries.

INVENTOR 1

Signature: ______________________ Date: 5/24/2014

**Sandeep Antony**

STATE OF Maryland

ss.

COUNTY OF Anne Arundel

This 24th day of may, 2014 before me personally came the above-named Sandeep Antony, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

JEREMY MICHAEL HAMMONTREE
COMM. EXP.
NOTARY
PUBLIC
DECEMBER 15, 2014
ANNE ARUNDEL COUNTY, MD

______________________
(Notary Public)

INVENTOR 2

Signature: ______________________ Date: ______________

**Scott Afzal**

STATE OF

ss.

COUNTY OF

This ______ day of ______________, ______ before me personally came the above-named Scott Afzal, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________
(Notary Public)

3.0001.1 3.0001.2 3.0002.1 3.0003.1 3.0004.1

INVENTOR 1

Signature: ______________________ Date: ______________

**Sandeep Antony**

STATE OF

ss.

COUNTY OF

This ______ day of ____________, ______ before me personally came the above-named **Sandeep Antony**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________

(Notary Public)

INVENTOR 2

Signature: ______________________ Date: 6-5-14

**Scott Afzal**

STATE OF Maryland

ss.

COUNTY OF Howard

This 5th day of June, 2014 before me personally came the above-named **Scott Afzal**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

JORGE EDUARDO MURRIEL NOTARY PUBLIC BALTIMORE COUNTY, MD COMM. EXP. DECEMBER 23, 2017

______________________

(Notary Public)

3.0001.1 3.0001.2 3.0002.1 3.0003.1 3.0004.1

INVENTOR 3

Signature: ______________________ Date: 6/5/14

**David Horrocks**

STATE OF Maryland

ss.

COUNTY OF Howard

This 5th day of June, 2014 before me personally came the above-named **David Horrocks**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

JORGE EDUARDO MURRIEL NOTARY PUBLIC BALTIMORE COUNTY, MD COMM. EXP. DECEMBER 23, 2017

______________________
(Notary Public)

INVENTOR 4

Signature: ______________________ Date: ______________

**Yedong Tang**

STATE OF

ss.

COUNTY OF

This ______ day of ______________, ______ before me personally came the above-named **Yedong Tang**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________
(Notary Public)

INVENTOR 3

Signature: ______________________ Date: ______________

**David Horrocks**

STATE OF

ss.

COUNTY OF

This ______ day of ________________, ________ before me personally came the above-named **David Horrocks**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal* ______________________________

(Notary Public)

INVENTOR 4

Signature: [signature] Date: 6/6/2014

**Yedong Tang**

STATE OF Maryland

ss.

COUNTY OF Anne Arundel

This 6 day of June, 2014 before me personally came the above-named **Yedong Tang**, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

GERI ATTIE
Notary Public
Anne Arundel County
Maryland
My Commission Expires Mar. 18, 2018

[signature] Geri Attie

(Notary Public)

3.0001.1 3.0001.2 3.0002.1 3.0003.1 3.0004.1

INVENTOR 5

Signature: ______________________ Date: 5/22/14
Christopher Brandt

STATE OF Maryland
ss.
COUNTY OF Baltimore

This 22 day of May, 2014 before me personally came the above-named Christopher Brandt, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth.

*Seal*

______________________
(Notary Public)

ASHFIA T AHMED
NOTARY PUBLIC
HARFORD COUNTY
MARYLAND
MY COMMISSION EXPIRES DECEMBER 20, 2015