UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AUDACIOUS INQUIRY LLC and COLLECTIVE MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES, INC. AND AFFILIATES, <br><br> Defendants. | Civil Action No. 25-cv-2264 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Chesapeake Regional Information System for Our Patients, Inc. and CRISP Shared Services, Inc. (collectively, "CRISP") respectively submit this Notice of Supplemental Authority to inform the Court of the recent decision of the Federal Circuit Court of Appeals in *US Patent No. 7,679,637 LLC v. Google LLC*, __ F.4th __, 2026 WL 174922 (Fed. Cir. Jan. 22, 2026) ("*Google*"). The *Google* decision is attached hereto as Exhibit A and is relevant to CRISP's currently pending Motion to Dismiss Amended Complaint (Dkt. 28, "Motion to Dismiss")) filed on October 6, 2025.

In its October 20, 2025 opposition to CRISP's Motion to Dismiss, Plaintiffs Audacious Inquiry LLC and Collective Medical Technologies, Inc. (collectively, "Plaintiffs") argued that manipulation of data streams rendered the asserted claims patent eligible under 35 U.S.C. § 101. *See* Dkt. 31 at 16-25. In *Google*, however, the Federal Circuit found that claims that recite the manipulation of data streams received from multiple sources are **not** patent eligible, particularly

1

where they do not explain how the recited data manipulation is achieved or how it enables the alleged improvement in technology. *Google*, 2026 WL 174922 at *3-4 ("Appellant argues the asserted claims are not result-oriented because they recite two client applications enabling the manipulation (e.g., the sharing, recording, reviewing, and sensing) of multiple data streams, and thus 'expressly explain how the systems need to be set up to accomplish the improvement' of asynchronous presentation review. . . . We do not agree. The claims are result-oriented because they do not explain how the client applications achieve the recited manipulation of the data streams to enable asynchronous review." (discussing *Alice* Step One)); *see also id.* at *4 ("As explained above, the claims use result-oriented language with no specific implementation illustrating how to achieve the claimed results. 'Merely describing the functions of the abstract idea itself, without particularity, . . . is simply not enough under step two.'" (discussing *Alice* Step Two)) (internal citations omitted).

      CRISP respectfully submits that the Court should take notice of this supplemental authority as it complements the authority already cited by CRISP and rebuts certain arguments made by Plaintiffs in opposition to CRISP's Motion to Dismiss.

Dated: January 30, 2025

                        Respectfully submitted,

                        **FOLEY & LARDNER LLP**

                        By:   */s/Molly Hayssen*
                            Jarren N. Ginsburg
                            D. Md. Bar No. 19688
                            Molly Hayssen
                            D. Md. Bar No. 31871
                            FOLEY & LARDNER LLP
                            Washington Harbour
                            3000 K Street, N.W. Suite 600
                            Washington, D.C. 20007-5109
                            Telephone: (202) 672-5300
                            Facsimile: (202) 672-5399
                            jginsburg@foley.com
                            mhayssen@foley.com

                            Ruben J. Rodrigues *(pro hac vice)*
                            FOLEY & LARDNER LLP
                            111 Huntington Avenue
                            Boston, MA 02199
                            Telephone: (617) 342-4000
                            Facsimile: (617) 342-4001
                            rrodrigues@foley.com

                            Sarah E. Rieger *(pro hac vice)*
                            FOLEY & LARDNER LLP
                            777 East Wisconsin Avenue
                            Milwaukee, WI 53202
                            Telephone: (414) 271-2400
                            Facsimile: (414) 297-4900
                            srieger@foley.com

                        **ATTORNEYS FOR DEFENDANTS CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS, INC. AND CRISP SHARED SERVICES, INC.**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on the Court's CM/ECF system on January 30, 2026, which will send a notice of electronic filing to counsel of record.

*/s/ Molly Hayssen*
Molly Hayssen