**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AUDACIOUS INQUIRY LLC and COLLECTIVE MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE REGIONAL INFORMATION SYSTEM FOR OUR PATIENTS and CRISP SHARED SERVICES, INC. AND AFFILIATES,<br><br>Defendants. | Civil Action No. 25-cv-2264-JRR |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants Chesapeake Regional Information System for Our Patients, Inc. and CRISP Shared Services, Inc. (collectively, "Defendants"), by and through their counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1), hereby request an extension of time to answer Plaintiffs' First Amended Complaint through and including September 24, 2026.

In support of its Motion, Defendants state as follows:

1. Plaintiffs filed their original Complaint on July 14, 2025. Dkt. 1.

2. Defendants filed a Motion to Dismiss on September 8, 2025. Dkt. 21.

3. Plaintiffs subsequently filed their First Amended Complaint on September 22, 2025. Dkt. 24.

4. Defendants filed a Motion to Dismiss the Amended Complaint on October 6, 2025. Dkt. 28.

5. On August 31, 2026, this Court granted in part and denied in part Defendants' Motion to Dismiss the Amended Complaint. Dkt. 39.

6. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants' answer to the First Amended Complaint is due by September 14, 2026.

7. Defendants request to extend their deadline to answer the First Amended Complaint by 10 days, up through and including September 24, 2026.

8. Pursuant to Local Rule 105.9 Defendants, through counsel, conferred with Plaintiffs' counsel about the relief requested herein, and Plaintiffs do not oppose the extension of time for Defendants to answer the First Amended Complaint.

9. The requested extension is for good cause and is not designed to delay. Further, there are no other deadlines scheduled in this matter at this time.

For the foregoing reasons, Defendants respectfully request that this Court grant this Unopposed Motion for Extension of Time, and order that the deadline for Defendants to answer the First Amended Complaint be extended up through and including September 24, 2026.

Dated: September 4, 2026

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/Molly Hayssen*
Jarren N. Ginsburg
D. Md. Bar No. 19688
Molly Hayssen
D. Md. Bar No. 31871
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W. Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
jginsburg@foley.com
mhayssen@foley.com

Ruben J. Rodrigues *(pro hac vice)*
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
rrodrigues@foley.com

Sarah E. Rieger *(pro hac vice)*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
srieger@foley.com

*Attorneys for Defendants*
*Chesapeake Regional Information System for*
*Our Patients, Inc. and*
*Crisp Shared Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2026, a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT was electronically filed on the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/Molly Hayssen
Molly Hayssen