# EXHIBIT A

**Rieger, Sarah E.**

**From:** Brian Smart <Brian.Smart@pointclickcare.com>
**Sent:** Tuesday, September 30, 2025 11:32 AM
**To:** rakkiraju@med.miami.edu; jrodriguez11@miami.edu; buddhi@miami.edu; ablackwood@med.miami.edu; CET EIO Interface Team
**Cc:** Lauren Ciccarone
**Subject:** [EXTERNAL] University of Miami & Florida HIE Data Source Transition Options

**CAUTION:** This email originated from outside the organization. **DO NOT CLICK ON LINKS** or **OPEN ATTACHMENTS** unless you know and trust the sender.

Afternoon All,

I hope the week is starting off well. As you may already know, the Florida Health Information Exchange (HIE) has chosen a new vendor, CRISP Shared Services (CSS), to manage the state's HIE services platform. Many of our customers have reached out asking for clarification of the transition requirements. We have been managing the Florida HIE services for over 8 years and are actively engaged with AHCA and CRISP Shared Services to ensure a smooth transition for HIE participants.

**We will remain the current HIE vendor until August 2026.**

**What action is required?**

The **only requirement** for your organization is to sign the new vendor's HIE agreement. Once this is done, we can handle the rest, ensuring full compliance with HIE/AHCA's requirements. You are **not required** to build a net-new ADT feed to CSS. Once you sign the new agreement, we can submit your existing ADT feed to the new vendor on your behalf to minimize any technical, resource, or vendor costs.

Please contact Lauren or I with any questions or to discuss the option mentioned above.

Thanks,

Brian

--------------

Below are more detailed FAQs:

**What are the legislative requirements?**

- Under **CS/HB 877,** all acute care hospitals with a certified EHR are **required** to share ADT data with Florida HIE to qualify for Low Income Pool (LIP) funding from AHCA.

- Hospitals are **not required** to send ADT data *directly* to the Florida HIE and are permitted to use an intermediary to send ADT data on their behalf (some hospitals are using an intermediary today and can continue to do so).
- Other data senders (excluding acute care hospitals and skilled nursing facilities with certified EHRs) are **not required** to submit ADT data to the Florida HIE.

**What are the legal requirements?**

- Acute care hospitals are **required** to sign the new HIE vendor agreement with Crisp Shared Services (CSS).
- Your existing legal agreement with Audacious Inquiry for the ENS technology is still valid and remain in effect.

**What are the technical options and requirements for my organization?**

- Our existing ENS technology will remain operational supporting customer workflows that exist today.
- We understand the heavy IT lift involved in setting up a new VPN, networking, message testing, security assessments, and ADT validation.
  - To minimize these technical and resource challenges (and possible EHR vendor costs), **we will serve as an intermediary on your behalf and will send your existing Florida HIE ADT feed to CSS, handle data validation, and connectivity**.

   - We will support this workflow as long as you need and ensure you remain compliant with the legislative requirements under CS/HB 877.

Director
PointClickCare
804-647-7422
https://pointclickcare.com/

**No PHI in Email:** PointClickCare policies prohibit sending protected health information (PHI) by email, which may violate regulatory requirements. If sending PHI is necessary, please contact the sender for secure delivery instructions.
**Confidentiality Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.