# EXHIBIT B

**Rieger, Sarah E.**

**From:** Jack Fentzke <Jfentzke@advancedaco.com>
**Sent:** Monday, November 24, 2025 1:37 PM
**To:** Kary Nulisch; Rachel Teran
**Subject:** Fw: FLHIE Transition

CAUTION: This email originated from outside of the CRISP organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Team,

Sorry to be so confused - we are in a close relationship with PBACO and I need to make sure I understand all the pieces. Where do we currently live in the process?

Thank you!

Jack Fentzke
Technology Project Manager
Advanced Management USA, LLC

*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, may contain confidential information and is intended only for the individual or entity to which it is addressed. Any form of reproduction, dissemination, copying, disclosure, modification, distribution and or publication of this e-mail or the information herein is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original message and all copies.*

---

**From:** Martin Drobits
**Sent:** Monday, November 24, 2025 1:34 PM
**To:** Brian Smart
**Cc:** Philip Stickney ; Jack Fentzke ; Mark Scott ; Deepak Pal ; Hussain Albaldawi
**Subject:** RE: FLHIE Transition

Thanks, Brian!
I will reach back out to CSS and present this solution.
Best Regards,

**Martin Drobits, MBA**
Analytics Engineer
**Palm Beach Accountable Care Organization**
2326 S Congress Ave, Suite 2F
Palm Springs, FL 33406

---

**From:** Brian Smart
**Sent:** Monday, November 24, 2025 2:19 PM
**To:** Martin Drobits
**Cc:** Philip Stickney ; Jack Fentzke ; Mark Scott ; Deepak Pal ; Hussain Albaldawi
**Subject:** Re: FLHIE Transition

**[EXTERNAL EMAIL]**

Good Afternoon Martin,
You are not required to transition to CSS, but you do need to sign the CSS agreement. However, you can delegate all technical and invoicing tasks to a third-party vendor. This way, we can handle the technical configuration, onboarding, and even payments to CSS, allowing you to maintain your current workflow and data receipt methods.

We have already discussed this process with AHCA and CSS, and it should be straightforward: sign the agreement, delegate PCC as a third-party vendor, and we will take care of the rest at no additional cost. I am happy to discuss this process and the benefits of retaining your current operational workflow over the phone.

Thank you.

Director, Acute & Payer Division
PointClickCare
804-647-7422




---

**From:** Martin Drobits <mdrobits@pbaco.org>
**Sent:** Monday, November 24, 2025 2:08 PM
**To:** Brian Smart <Brian.Smart@pointclickcare.com>
**Cc:** Philip Stickney <pstickney@techtitanhealth.com>; Jack Fentzke <jfentzke@advancedaco.com>; Mark Scott <mscott@pbaco.org>; Deepak Pal <dpal@pbaco.org>; Hussain Albaldawi <halbaldawi@pbaco.org>
**Subject:** FLHIE Transition
**"EXTERNAL EMAIL" – Always use caution when reviewing mail from outside of the organization.**

---

Hi Brian,

I know you mentioned that we do not need to transition over to CRISP for the FLHIE feed, but CRISP is communicating something different on their end.

Could you please confirm and provide some clarification on why the transition wouldn't be necessary?

Best Regards,

**Martin Drobits, MBA**
Analytics Engineer
**Palm Beach Accountable Care Organization**
2326 S Congress Ave, Suite 2F
Palm Springs, FL 33406

**No PHI in Email:** PointClickCare policies prohibit sending protected health information (PHI) by email, which may violate regulatory requirements. If sending PHI is necessary, please contact the sender for secure delivery instructions.

**Confidentiality Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**WARNING:** This email is from an external source. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. **REPORT** any suspicious emails by clicking the **"REPORT SPAM"** button in Outlook.

DISCLAIMER: CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,

distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation'. If the disclaimer can't be applied, attach the message to a new disclaimer message.

------------ This email originates from outside your organization. Do not click on any links or open attachments unless you recognize the sender and have verified that the contained content is safe.