# EXHIBIT C

**Rieger, Sarah E.**

**From:** Martin Drobits <mdrobits@pbaco.org>
**Sent:** Monday, November 24, 2025 1:37 PM
**To:** Kary Nulisch; Brian Chaney; David Klebonis
**Cc:** Deepak Pal; Mark Scott
**Subject:** RE: Florida integration with CSS

CAUTION: This email originated from outside of the CRISP organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kary,

I received confirmation that we have to sign the agreements, but list PCC as the third-party vendor; therefore, no transition is necessary.

Can you please confirm? If so, which agreements would we have to sign?

Best Regards,

**Martin Drobits, MBA**
Analytics Engineer
**Palm Beach Accountable Care Organization**
2326 S Congress Ave, Suite 2F
Palm Springs, FL 33406

---

**From:** Martin Drobits
**Sent:** Friday, October 31, 2025 3:18 PM
**To:** Kary Nulisch ; Brian Chaney ; David Klebonis
**Cc:** Deepak Pal ; Mark Scott
**Subject:** RE: Florida integration with CSS

That is correct; however, he said that for ACO's a transition is not necessary, and we can keep the contract with FLHIE.
I will reach out to him.

Best Regards,

**Martin Drobits, MBA**
Analytics Engineer
**Palm Beach Accountable Care Organization**
2326 S Congress Ave, Suite 2F
Palm Springs, FL 33406

---

**From:** Kary Nulisch <Kary.Nulisch@flhie.org>
**Sent:** Friday, October 31, 2025 3:08 PM
**To:** Martin Drobits <mdrobits@pbaco.org>; Brian Chaney <bchaney@pbaco.org>; David Klebonis

<dklebonis@pbaco.org>
**Cc:** Deepak Pal <dpal@pbaco.org>; Mark Scott <mscott@pbaco.org>
**Subject:** Re: Florida integration with CSS

**[EXTERNAL EMAIL]**

Hey Martin,

That is not entirely accurate. AHCA awarded the new contract for the Florida HIE to CSS and the contract with PCC/AI will be terminated on 8/1 of next year and replaced with the CSS solution.

Maybe we should jump on a call to discuss?

**Kary Nulisch**
**Florida HIE**
**Head Of Account Management**
**214-549-2348**

---

**From:** Martin Drobits <mdrobits@pbaco.org>
**Sent:** Friday, October 31, 2025 2:04 PM
**To:** Kary Nulisch <Kary.Nulisch@flhie.org>; Brian Chaney <bchaney@pbaco.org>; David Klebonis <dklebonis@pbaco.org>
**Cc:** Deepak Pal <dpal@pbaco.org>; Mark Scott <mscott@pbaco.org>
**Subject:** RE: Florida integration with CSS

CAUTION: This email originated from outside of the CRISP organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kary,

We have been told by Brian Smart that we do not need to transition to anything, and that our contract with FLHIE can continue as is.
Could you please confirm this?

Best Regards,

**Martin Drobits, MBA**
Analytics Engineer
**Palm Beach Accountable Care Organization**
2326 S Congress Ave, Suite 2F
Palm Springs, FL 33406

---

**From:** Kary Nulisch <Kary.Nulisch@flhie.org>
**Sent:** Friday, October 31, 2025 3:02 PM
**To:** Brian Chaney <bchaney@pbaco.org>; David Klebonis <dklebonis@pbaco.org>

**Cc:** Deepak Pal <dpal@pbaco.org>; Martin Drobits <mdrobits@pbaco.org>; Mark Scott <mscott@pbaco.org>
**Subject:** Re: Florida integration with CSS

**[EXTERNAL EMAIL]**

Hey guys,

Checking back in on the progress of the Participation Agreement signature(s).

We are ready to get going on the tech side as soon as that is signed.

Thanks and have a great weekend,
Kary

**Kary Nulisch**
**Florida HIE**
**Head Of Account Management**
**214-549-2348**

---

**From:** Kary Nulisch <Kary.Nulisch@flhie.org>
**Sent:** Wednesday, October 1, 2025 2:57 PM
**To:** bchaney@pbaco.org <bchaney@pbaco.org>; dklebonis@pbaco.org <dklebonis@pbaco.org>
**Cc:** dpal@pbaco.org <dpal@pbaco.org>; mdrobits@pbaco.org <mdrobits@pbaco.org>; Mark Scott <mscott@pbaco.org>
**Subject:** Re: Florida integration with CSS

Hello PBACO team,

I have sent over the electronic version of the Participation Agreement to David Klebonis to get that process going.

Look forward to talking to you next week about Connecticut and the other states.

Thanks,
Kary

**Kary Nulisch**
**Florida HIE**
**Head Of Account Management**
**214-549-2348**

**From:** Kary Nulisch <Kary.Nulisch@flhie.org>
**Sent:** Wednesday, September 17, 2025 4:28 PM
**To:** bchaney@pbaco.org <bchaney@pbaco.org>
**Subject:** Florida integration with CSS

Hello Brian,

Thank you for getting the survey filled out for the Florida integration to CSS! I will be your Account Manager assisting your team through the process.

I am guessing you already have the paperwork over to the appropriate folks within your organization that you identified on the survey, but let me know if you need me to assist in anyway. I am also aware you have connected to CSS already in other markets, so this one should be pretty straight forward.

Thanks,
Kary

**Kary Nulisch**
**Florida HIE**
**Head Of Account Management**
**214-549-2348**

--------------
The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.

**WARNING:** This email is from an external source. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. **REPORT** any suspicious emails by clicking the **"REPORT SPAM"** button in Outlook.

------------ This email originates from outside your organization. Do not click on any links or open attachments unless you recognize the sender and have verified that the contained content is safe.

--------------
The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.

**WARNING:** This email is from an external source. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. **REPORT** any suspicious emails by clicking the **"REPORT SPAM"** button in Outlook.

------------ This email originates from outside your organization. Do not click on any links or open attachments unless you recognize the sender and have verified that the contained content is safe.