# EXHIBIT D

**Rieger, Sarah E.**

**Subject:** FW: PBACO and AdvancedACO
**Attachments:** RE: Florida integration with CSS; Fw: FLHIE Transition

**From:** Michael Van Popering
**Sent:** Monday, November 24, 2025 4:42 PM
**To:** Brandon Neiswender ; Nichole Sweeney ; William Brice ; Alex Mookerjee
**Subject:** Fw: PBACO and AdvancedACO

Combining the loose threads here. Kary unearthed this finding today.

PCC alleging all sort of collaborative undiscussed arrangements. This appears to me that they are perhaps even attempting to upcharge the service by having the participants pay them (PCC) to pay us.

Pam is out this week but will take this to AHCA tomorrow.

**From:** Brian Smart <Brian.Smart@pointclickcare.com>
**Sent:** Monday, November 24, 2025 2:19 PM
**To:** Martin Drobits <mdrobits@pbaco.org>
**Cc:** Philip Stickney <pstickney@techtitanhealth.com>; Jack Fentzke <jfentzke@advancedaco.co
**Subject:** Re: FLHIE Transition

**[EXTERNAL EMAIL]**

Good Afternoon Martin,
You are not required to transition to CSS, but you do need to sign the CSS agreement. How
configuration, onboarding, and even payments to CSS, allowing you to maintain your curre

We have already discussed this process with AHCA and CSS, and it should be straightforw
am happy to discuss this process and the benefits of retaining your current operational wo

Thank you.

Director, Acute & Payer Division
PointClickCare
804-647-7422

**Michael Van Popering**
*Executive Director*
Florida HIE
CRISP Shared Services
P: 217.549.5445
E: michael.vanpopering@flhie.org

---

**From:** Kary Nulisch <Kary.Nulisch@flhie.org>
**Sent:** Monday, November 24, 2025 2:46 PM
**To:** Michael Van Popering <Michael.VanPopering@crisphealth.org>
**Subject:** PBACO and AdvancedACO

Just got these two emails at the exact same time.....maybe we can discuss on the internal call.

**Kary Nulisch**
**Florida HIE**
**Head Of Account Management**
**214-549-2348**

--------------
The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.

--------------
The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.

--------------
The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.