# EXHIBIT E

**Rieger, Sarah E.**

**Subject:** FW: URGENT- Maxhealth and PointClickCare FL HIE Transition

---

**From:** Rachel Teran <Rachel.Teran@flhie.org>
**Sent:** Friday, May 1, 2026 12:56 PM
**To:** Hardin, Milly <Milly.Hardin@ahca.myflorida.com>; Christopher Stephey <christopher.stephey@mymaxdoc.com>; FLHIE Info <info@flhie.org>
**Cc:** Logan Hake <Logan.Hake@pointclickcare.com>; Sheldon Power <spower@mymaxdoc.com>; Dillon Moore <dillon.moore@mymaxdoc.com>; Alex Mookerjee <alex.mookerjee@crisphealth.org>; Michael Van Popering <Michael.VanPopering@crisphealth.org>
**Subject:** Re: URGENT- Maxhealth and PointClickCare FL HIE Transition

Hi team,

I have been working with members of the Humana team to complete all required documentation to allow their covered entities to engage with the HIE using PCC. Once those have been finalized, we can discuss the technical integrations between the CSS and PCC teams. @Christopher Stephey, feel free to give me a call back to discuss further!

Best,

**Rachel Teran**
*Account Manager*
Florida HIE
rachel.teran@flhie.org
443.792.9940

Need to set up a quick meeting? Use this link to book time on my calendar:
Book time to meet with me

FLORIDA HIE

---

**From:** Hardin, Milly <Milly.Hardin@ahca.myflorida.com>
**Sent:** Wednesday, April 29, 2026 1:08 PM
**To:** Christopher Stephey <christopher.stephey@mymaxdoc.com>; FLHIE Info <info@flhie.org>; Rachel Teran <Rachel.Teran@flhie.org>
**Cc:** Logan Hake <Logan.Hake@pointclickcare.com>; Sheldon Power <spower@mymaxdoc.com>; Dillon Moore <dillon.moore@mymaxdoc.com>; Alex Mookerjee <alex.mookerjee@crisphealth.org>
**Subject:** RE: URGENT- Maxhealth and PointClickCare FL HIE Transition

CAUTION: This email originated from outside of the CRISP organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Chris,

I understand your confusion and I am happy to help clarify. PointClickCare/Audacious inquiry is the current vendor of the Florida HIE; however, the Florida HIE is in the process of transitioning to a new platform provided by CRISP Shared Services (CSS). Once the transition is complete, PointClickCare/Audacious Inquiry will be acting as a third-party vendor to provide connectivity to organizations that wish to use an intermediary rather than directly connect to the new Florida HIE platform, for clarity please note that CSS is able to mimic any step-up you currently have.

The vendor delegation form cannot be completed until the CSS Participation Agreement is signed, and in this case corrected. I have connected with your Account Manager, Rachel Teran and she is actively working with your parent organization, Humana, to align the contractual documents, she is copied here if you have any specific questions. I have also included our Engagement Director Alex Mookerjee. Thank you for reaching out.

Thank you,

**Milly Hardin** – HIE Operations Coordinator, FCCM
HIE & Policy Analysis
Agency for Health Care Administration
Building 3, Room 1428
2727 Mahan Dr., Tallahassee, FL 32308
850.412.3770 (Office)

The Florida Health Information Exchange (Florida HIE) is currently going through a vendor transition from Point Click Care (PCC) to Crisp Shared Services (CSS). Please visit our new website at Home - FLHIE. We will be hosting on-going webinars to explain the transition process. Questions? Email us at FLHII@ahca.myflorida.com.

---

**From:** Christopher Stephey <christopher.stephey@mymaxdoc.com>
**Sent:** Wednesday, April 29, 2026 12:26 PM
**To:** Hardin, Milly <Milly.Hardin@ahca.myflorida.com>; info@flhie.org; Rachel Teran <Rachel.Teran@flhie.org>
**Cc:** Logan Hake <Logan.Hake@pointclickcare.com>; Sheldon Power <spower@mymaxdoc.com>; Dillon Moore <dillon.moore@mymaxdoc.com>
**Subject:** RE: URGENT- Maxhealth and PointClickCare FL HIE Transition

Hi Milly,

My name is Chris Stephey. I am a Sr. Director over the data team here at MaxHealth. Logan Hake from PointClickCare suggested we reach out to you for guidance on the **Technical Vendor Delegation form.** Are you able to provide a copy of this form for us to complete?

Also, I have included @Rachel Teran <Rachel.Teran@flhie.org> as she is simultaneously asking for additional documentation we need to sign for the FL HIE transition. Just so were aligned on our end, is there an outline or PowerPoint showing the relationships with Audacious Inquiry, PointClickCare, and the FL HIE? We seem to have different teams reaching out asking us to sign forms and we want to make sure we have everything in order to meet your deadlines for the FL HIE Transition.

Thanks,

**Chris Stephey, CPA, CIA, CISA**
*Sr. Director, Decision Support*
3030 N Rocky Point Drive, Suite 825, Tampa, FL 33607
**O:** 941-259-6123
**M:** 352-328-7527
christopher.stephey@mymaxdoc.com

MaxHealth

---

**From:** Logan Hake <Logan.Hake@pointclickcare.com>
**Sent:** Tuesday, April 28, 2026 4:25 PM
**To:** Christopher Stephey <christopher.stephey@mymaxdoc.com>; Sheldon Power <spower@mymaxdoc.com>
**Cc:** Brian Smart <Brian.Smart@pointclickcare.com>; Will Mitchell <Will.Mitchell@pointclickcare.com>; Laney Smith <Laney.Smith@pointclickcare.com>; Tracy Dohogne <tracy.dohogne@mymaxdoc.com>; Kathy Zamudio <kathy.zamudio@mymaxdoc.com>; Gitesh Jain <gitesh.jain@mymaxdoc.com>
**Subject:** Re: URGENT- Maxhealth and PointClickCare FL HIE Transition

**CAUTION:** This message arrived from outside of our secured MaxHealth email network domain. Prior to clicking on links or replying please CAREFULLY review the sender email address, hyperlinks, and grammatical errors for phishing or SPAM. If you have any questions regarding this email message or require further assistance please contact IT Service Desk support@mymaxdoc.com

Good afternoon, Sheldon and Chris,

Thank you both for the quick feedback and time to coordinate!

For additional guidance on the **Technical Vendor Delegation form**, I recommend reaching out to **Milly Hardin** at **milly.hardin@ahca.myflorida.com**, and also including **info@flhie.org** on your inquiry. They'll be best positioned to provide clarification and next steps.

As far as a cutoff date recommended, I would recommend **having this reviewed and executed by 6/1/2026**.

Please let us know if you have any questions as you do further discovery, and we appreciate your partnership.

Kind Regards,
**Logan Hake** (he/him)
Associate Customer Success Manager
260-278-5975

PointClickCare




**From:** Christopher Stephey <christopher.stephey@mymaxdoc.com>
**Sent:** Tuesday, April 28, 2026 2:31 PM
**To:** Sheldon Power <spower@mymaxdoc.com>; Logan Hake <Logan.Hake@pointclickcare.com>
**Cc:** Brian Smart <Brian.Smart@pointclickcare.com>; Will Mitchell <Will.Mitchell@pointclickcare.com>; Laney Smith <Laney.Smith@pointclickcare.com>; Tracy Dohogne <tracy.dohogne@mymaxdoc.com>; Kathy Zamudio <kathy.zamudio@mymaxdoc.com>; Gitesh Jain <gitesh.jain@mymaxdoc.com>
**Subject:** RE: URGENT- Maxhealth and PointClickCare FL HIE Transition

**"EXTERNAL EMAIL" – Always use caution when reviewing mail from outside of the organization.**

Hi Sheldon,

No, I do not have a copy. @Logan Hake, are you able to provide? Also, what is the cutoff date you recommend we work towards to get the form signed?

Thanks,

**Chris Stephey, CPA, CIA, CISA**
*Sr. Director, Decision Support*
3030 N Rocky Point Drive, Suite 825, Tampa, FL 33607
**O:** 941-259-6123
**M:** 352-328-7527
christopher.stephey@mymaxdoc.com

MaxHealth

**From:** Sheldon Power <spower@mymaxdoc.com>
**Sent:** Tuesday, April 28, 2026 1:59 PM

**To:** Christopher Stephey <christopher.stephey@mymaxdoc.com>; Logan Hake <Logan.Hake@pointclickcare.com>; Tracy Dohogne <tracy.dohogne@mymaxdoc.com>; Kathy Zamudio <kathy.zamudio@mymaxdoc.com>; Gitesh Jain <gitesh.jain@mymaxdoc.com>
**Cc:** Brian Smart <Brian.Smart@pointclickcare.com>; Will Mitchell <Will.Mitchell@pointclickcare.com>; Laney Smith <Laney.Smith@pointclickcare.com>
**Subject:** Re: URGENT- Maxhealth and PointClickCare FL HIE Transition

@Christopher Stephey do we have a copy of this form?

@Logan Hake what is the cutoff date you recommend we work towards to get the form signed?

Thanks,

Sheldon

---

**From:** Christopher Stephey <christopher.stephey@mymaxdoc.com>
**Sent:** Tuesday, April 28, 2026 1:45 PM
**To:** Logan Hake <Logan.Hake@pointclickcare.com>; Tracy Dohogne <tracy.dohogne@mymaxdoc.com>; Kathy Zamudio <kathy.zamudio@mymaxdoc.com>; Gitesh Jain <gitesh.jain@mymaxdoc.com>; Sheldon Power <spower@mymaxdoc.com>
**Cc:** Brian Smart <Brian.Smart@pointclickcare.com>; Will Mitchell <Will.Mitchell@pointclickcare.com>; Laney Smith <Laney.Smith@pointclickcare.com>
**Subject:** Re: URGENT- Maxhealth and PointClickCare FL HIE Transition

Hi Logan,

I'm adding in @Sheldon Power, our VP of IT, to this email to ensure he is included in these discussions going forward.

Thanks,

Chris Stephey

---

**From:** Logan Hake <Logan.Hake@pointclickcare.com>
**Sent:** Tuesday, April 28, 2026 1:41 PM
**To:** Tracy Dohogne <tracy.dohogne@mymaxdoc.com>; Kathy Zamudio <kathy.zamudio@mymaxdoc.com>; Christopher Stephey <christopher.stephey@mymaxdoc.com>; Gitesh Jain <gitesh.jain@mymaxdoc.com>
**Cc:** Brian Smart <Brian.Smart@pointclickcare.com>; Will Mitchell <Will.Mitchell@pointclickcare.com>; Laney Smith <Laney.Smith@pointclickcare.com>
**Subject:** URGENT- Maxhealth and PointClickCare FL HIE Transition

**CAUTION:** This message arrived from outside of our secured MaxHealth email network domain. Prior to clicking on links or replying please CAREFULLY review the sender email address, hyperlinks, and grammatical errors for phishing or SPAM. If you have any questions regarding this email message or require further assistance please contact IT Service Desk support@mymaxdoc.com

Good afternoon, Maxhealth team!

As a follow-up to our ongoing conversations regarding the Florida HIE Transition following our call today, we now need to **finalize your organization's direction with PointClickCare** to ensure continuity of your current workflows ahead of the upcoming cutover.

To maintain your existing alert routing, patient roster management, and overall data exchange as they function today, your organization must complete the **Technical Vendor Delegation (third-party) designation form issued through the Florida HIE**. This form formally authorizes PointClickCare to act as your designated technology partner on your behalf following the transition.

**Without this designation completed, we will be unable to continue supporting your organization's current Florida-based workflows following the transition**, as updated authorization will be required to facilitate ongoing data exchange within the state framework.

With the **Florida HIE transition quickly approaching in Summer 2026**, we want your team's experience to be as seamless as possible.

Please coordinate time with your internal leadership and technical contacts to review and complete the required Florida HIE documentation as soon as possible.

Let me know a convenient time for us to connect to review the next steps.

Kind Regards,
**Logan Hake** (he/him)
Associate Customer Success Manager

PointClickCare

260-278-5975
logan.hake@pointclickcare.com

Working from Indiana on Eastern Time




**No PHI in Email:** PointClickCare policies prohibit sending protected health information (PHI) by email, which may violate regulatory requirements. If sending PHI is necessary, please contact the sender for secure delivery instructions.
**Confidentiality Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
CONFIDENTIALITY NOTICE TO RECIPIENT: This transmission (including any attachments) contains confidential information belonging to the sender that is legally privileged and proprietary and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient of this message/attachment, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error,

please notify the sender immediately by replying to the e-mail and permanently deleting this e-mail and any attachments without reading its contents, forwarding or saving them. Thank you. MaxHealth CONFIDENTIALITY NOTICE TO RECIPIENT: This transmission (including any attachments) contains confidential information belonging to the sender that is legally privileged and proprietary and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient of this message/attachment, you are prohibited from sharing, copying, or otherwise using or disclosing its contents. If you have received this e-mail in error, please notify the sender immediately by replying to the e-mail and permanently deleting this e-mail and any attachments without reading its contents, forwarding or saving them. Thank you. MaxHealth ------------ This email originates from outside your organization. Do not click on any links or open attachments unless you recognize the sender and have verified that the contained content is safe.

--------------

The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.

--------------

The contents of this e-mail and any attachments are intended solely for the use of the named addressee(s) and may contain confidential and/or privileged information. Any unauthorized use, copying, disclosure, or distribution of the contents of this e-mail is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this email.
Thank you.